IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE NORTHEAST DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS M. JANUSZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 03 C 4402 |
| | ) | |
| CITY OF CHICAGO, OFFICER LUCAS (Star No. 6788), OFFICER STAR # 1443, OFFICER GEORGE (Star No. 3401), and OFFICER LIBERTI (Star No. 15851), OFFICER STAR # 139, OFFICER ROUNDTREE, Star No. 302456, OFFICER BUX (Star No. 10796), OFFICER VALENTINE, OFFICER RILEY (Star No. 139), OFFCER MUGAVERO (Star No. 16404), OFFICER SNEED (Star No. 2312). | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL REPORT OF EXPERT

This document shall constitute the Supplemental Report of the opinions of Dr. James F. Pastor, Ph.D., J.D., pursuant to Rule 26 (a)(2)(B) of the Federal Rules of Civil Procedure.

### Materials Reviewed

In relation to materials reviewed and analyzed in my previous report, the following documents and materials were reviewed in relation to this report:

Deposition of Police Officer Thomas Riley taken on March 15, 2006
Deposition of Police Lieutenant Joseph Porebski taken on April 3, 2006
Deposition of Police Sergeant Lawrence Sneed taken on April 4, 2006
Deposition of Police Officer Gina Liberti taken on April 26, 2006
Deposition of Police Sergeant James J. Blaul taken on April 28, 2006
Deposition of Paula Siragusa taken on June 14, 2006
Deposition of Police Agent Evelyn White taken on October 17, 2006
Deposition of former Police Officer Alan Lucas taken on November 20, 2006
Deposition of Police Officer Parris A. George taken on November 27, 2006
Deposition of Police Lieutenant Lucille Moy-Bartosik taken on September 21, 2007
Deposition of Police Officer Robert Arnolts taken on September 21, 2007
Deposition of Police Officer Michael Reischl taken on September 21, 2007
Deposition of Plaintiff Thomas M. Janusz taken on June 5, 6, and 12, 2007
Relevant parts of Deposition of Police Officer Alan Lucas in case entitled: *Galvan v. Norberg* taken on March 1, 2005

## Relevant Opinions

Based on my training, education, and experience summarized in my previous report, and from the additional materials reviewed for this report, my opinions to a reasonable degree of professional certainty articulated in my previous report shall be applicable and incorporated in this report. Notwithstanding the testimony of Paula Siragusa and officers Lucas and George related to the traffic stop, the conclusions articulated in my previous opinion still stand. Stated simply, my opinions have not changed.

My opinions may be added to, or amended, upon review of additional information.

My fees are $150.00 per hour for review, preparation and reporting, and $200.00 per hour for testimony in depositions or trial.

Respectfully Submitted,

s/ James F. Pastor, Ph.D., J.D.

Dr. James F. Pastor, Ph.D., J.D.


JFP/

Enclosures:
As Indicated


File: SecureLaw/Reports/Expert Reports-Janusz

# CURRICULUM VITAE

Dr. James F. Pastor, Ph.D., J.D.
65 West Jackson Blvd., #112
Chicago, IL 60604-3598
312-423-6700
jpastor@securelaw.info
www.securelaw.info

## *EDUCATION*

**Ph.D., Public Policy Analysis**
University of Illinois at Chicago, Illinois, December, 2001
**Dissertation:** *Assessing the Functional & Constitutional Implications of Private Security Patrols on Public Streets*

**J.D., Juris Doctor**
The John Marshall Law School, Chicago, Illinois, August, 1989

**M.A., Criminal Justice**
University of Illinois at Chicago, Illinois, March, 1988
**Thesis:** *A Critical Analysis of Terrorism*

**B.S., Law Enforcement Administration and Sociology**
Western Illinois University, Macomb, Illinois, June, 1980

## *TEACHING EXPERIENCE*

**Calumet College of St. Joseph, Public Safety/Law Enforcement Department**
**Associate Professor, June, 2002-Present**
*Developed & taught classes to active police officers, including chiefs and other management personnel:*
    *Terrorism: Ideologies, Tactics & Counter-Measures (PSA 525- Graduate Class)*
    *Public Safety Laws & Operational Implications (PSA 537- Graduate Class)*
    *Labor Negotiations and Arbitration (LEA 535- Graduate Class)*
    *Civil Rights & Civil Liability (LEA 530- Graduate Class)*
    *Organizational Behavior (LEA 555- Graduate Class)*
    *Terrorism: The Public Safety Response (PSM 311)*
    *Police Organizations (LEMN 316)*
    *Police & Community (LEMN 320)*
    *Legal Environment (LEMN 409)*

**Northwestern University- Center for Public Safety**
**Adjunct Faculty, July, 2003-2005**
*Instructor to police management personnel on the following topics:*
    *Civil Liability*
    *Legal Aspects of Promotion & Selection*
    *Legal Aspects of Discipline*
    *Search & Seizure*
    *Private Policing on Public Streets*

**Webster University, Security Management Department**
**Adjunct Faculty, 1995-July, 2004**
*Taught the following class to police officers, security management, and military personnel:*
*Legal & Ethical Issues in Security Management (SECR 5010-Graduate class)*

**University of Illinois at Chicago, Political Science Department**
**Teaching Assistant, Fall, 2000 to Spring, 2001**
*Taught the following classes to college age junior and senior co-eds:*
*Political Science (POLS 101)*
*Courts, Judges & Public Law (POLS 320)*

**University of Illinois at Chicago, Criminal Justice Department**
**Teaching Assistant, Spring, 1989**
*Taught the following class to graduate students and working professionals:*
*Terrorism: A Contemporary Review (CRJ 520-Graduate class)*

## *PROFESSIONAL EXPERIENCE*

**SecureLaw Ltd.**
*President*, **Lemont, Illinois, 2001-Present**
*Public safety & security services firm providing expert witness and consultative services with an emphasis on public safety, liability reduction, and risk management. Services and programs include workplace violence; gangs and drugs; police and security procedures; private police supplemental arrangements; and the indicators and implications of terrorism.*

**Pastor Law Offices**
*Attorney/Principal*, **Chicago, Illinois, 1995-2003**
*Provided counsel and litigation services with an established niche in public safety. Legal Counsel to a police union (I.C.O.P.S.) and four regional private security firms. Practice focuses on police and fire administrative proceedings, civil rights and employment discrimination litigation, and labor negotiations. Conducted approximately twenty trials in state court, Police/Civil Service Commissions and in the Labor Board.*

**Office of International Criminal Justice/Security Programs, U.I.C.**
*Legal Advisor/Senior Consultant*, **Chicago, Illinois, 1995-1996**
*Provided consulting and training for security firms, police agencies, and municipalities. Services focused on police and security procedures, police administration, labor relations and disciplinary methods.*

**SecurityLink**
*Legal Counsel/Operational Auditor*, **Oak Brook, Illinois, 1993-1995**
*Position involved a combination of legal and auditing functions, including contract drafting and negotiations, coordination of litigation, development and drafting of a Policy & Standards Manual for all critical company functions, and the development and implementation of an Operational Auditing Program to ensure compliance with company policies and standards.*

**Joseph V. Roddy & Associates**
*Associate Attorney*, Chicago, Illinois, 1992-1993
*Practice focused on labor relations, employment and administrative law. Provided counsel and represented police officers in internal disciplinary cases as legal counsel for the Fraternal Order of Police (F.O.P.) in both investigatory and judicial bodies.*

**Chicago Police Department**
*Assistant Department Advocate*, Office of the Superintendent, 1990-1992
*Position involved extensive involvement in internal disciplinary and policy matters. Conducted analysis of investigative files relating to criminal misconduct or internal complaints against sworn or civilian members of the department. Represented the department in disciplinary matters before the Complaint Review Panel, and provided counsel to investigative units relative to active internal disciplinary cases.*

**Chicago Police Department**
*Tactical Police Officer*, Gang Crime Enforcement Unit, 1985-1990
*Provided proactive tactical law enforcement directed at gang activities, focusing on drug and weapons violations in high crime areas. Participated in numerous joint enforcement operations with the F.B.I., A.T.F., and Illinois State Police, including execution of search warrants at the "El Rukn" fort and in other large scale gang crime initiatives.*

**Chicago Police Department**
*Patrol Officer*, 21st District, 1983-1985
*Provided patrol, preliminary investigative, and crime reporting functions.*

**The Art Institute of Chicago, First Illinois Center, Ritz Carlton Hotel, and several other environments.** *Security Officer, 1980-1983 and 1985-1989*

## *TERRORISM PRESENTATIONS & DELIVERED TRAINING*

**Indiana Intelligence Fusion Center**
**Liaison Training Seminar, Whiting, IN, November 2007**
*Instructor: Terrorism: Concepts, Groups & Counter-Measures*

**Abbott Laboratories, August 2007**
**Security Roundtable, Abbott Park, IL**
*Presenter: Animal Rights Extremism*

**Midwest Police & Security Conference**
**Annual Conference, Rosemont, IL, August, 2007**
*Presenter: Terrorism & Public Safety Policing*

**IOMA's Security Director's Report**
**Audio Conference, National Audiocast, March, 2006**
*Presenter: Anti-Terrorism Benchmarks*

**American Society of Industrial Security (ASIS)**
**Annual Conference, Las Vegas, NV, March, 2006**
*Seminar Presenter: <u>Terrorism & Public Safety Policing</u>*

**Calumet College of St. Joseph (CCSJ)**
**Lecture Series, Whiting, IN, January, 2006**
*Presenter: <u>Terrorism & National Security</u>*

**American Society of Industrial Security (ASIS)**
**Virtual Forum, National Webcast, January, 2006**
*Presenter: <u>Terrorism & Public Safety Policing</u>*

**American Society of Industrial Security (ASIS)**
**Annual Conference, Las Vegas, NV, May, 2005**
*Seminar Presenter: <u>Terrorism & Public Safety Policing</u>*

**Calumet College of St. Joseph (CCSJ)**
**Lecture Series, Whiting, IN, October, 2004**
*Panel Presenter: <u>Terrorism & National Security</u>*

**Missouri Governor's Conference**
**Annual Conference, Kansas City, MO, September, 2004**
*Conference Presenter: <u>Terrorism & Tourism: Approaches to Survive & Thrive</u>*

**Society of Human Resource Professionals (SHRP)**
**Annual Conference, Chicago, IL, October, 2003**
*Seminar Presenter: <u>Terrorism & Workplace Security</u>*

**Calumet College of St. Joseph (CCSJ)**
**Lecture Series, Whiting, IN, September, 2003**
*Panel Presenter: <u>Security in a Post 9-11 World</u>*

## *TERRORISM CERTIFICATIONS & TRAINING*

**State & Local Anti-Terrorism Training Program (SLATT), August 2007**
*Train the Trainer Certification sponsored by the Bureau of Justice Assistance (BJA). This twenty hour training program was designed to enable the certified instructor to deliver anti-terrorism training programs to law enforcement and security personnel.*

**Terrorism Awareness & Response Academy (TARA), July 2007**
*Certification related to the detection, prevention, and response to acts of terror and other domestic emergencies. This thirty two hour training program was designed in conjunction with the United States Department of Homeland Security and the Chicago Police Department.*

**Israel-Illinois Homeland Security, June 2007**
*This trade mission symposium was sponsored by the Israeli Consulate & the state of Illinois.*

4

**Disaster Planning, Response & Recovery, October 2006**
*This training seminar was sponsored by the International Association of Chiefs of Police.*

**Suicide Bomber Identification & Prevention, March 2006**
*This day long training seminar was designed in conjunction with the Israeli Consulate & Chicago Police Department.*

**Conference on Terrorism: Understanding the Threat, June 2004**
*This day long training seminar was sponsored by the Cook County Crime Stoppers.*

**International Terrorism & Organized Crime, September, 1989**
*Certification for forty hour training program designed to address the impact and implications of terrorism sponsored by the Office of International Criminal Justice (O.I.C.J) at the University of Illinois at Chicago.*

**International Terrorism & Transnational Crime, August, 1988**
*Certification for forty hour training program designed to address the impact and implications of terrorism sponsored by the Office of International Criminal Justice (O.I.C.J) at the University of Illinois at Chicago.*

**International Terrorism & Drug Trafficking, August, 1987**
*Certification for forty hour training program designed to address the impact and implications of terrorism sponsored by the Office of International Criminal Justice (O.I.C.J) at the University of Illinois at Chicago.*

**International Terrorism, August, 1986**
*Certification for forty hour training program designed to address the impact and implications of terrorism sponsored by the Office of International Criminal Justice (O.I.C.J) at the University of Illinois at Chicago.*

## *LEGAL PRESENTATIONS & DELIVERED TRAINING*

**St. Bernard Hospital-Security & Public Safety Department**
**Training Seminar, Chicago, IL, December 2007**
*Instructor: Security Law & Methods*

**SecureWorld Expo**
**Chicago Metro Conference, Rosemont, IL, April, 2007**
*Presenter: The IT Role in Internal Investigations*

**Strafford Publications**
**Audio Conference, National Audiocast, January, 2007**
*Panelist: Conducting Internal Investigations*

**St. Bernard Hospital-Security & Public Safety Department**
**Training Seminar, Chicago, IL, December, 2006**
*Instructor: Security Law & Methods*

**International Association of Professional Security Consultants (IAPSC)**
Annual Conference, Care Free, AZ, May, 2006
*Presenter: Preparing for Deposition & Trial Testimony*

**Rockwell Automation**
Security Coordinator Conference, Milwaukee, WI, May, 2006
*Presenter: Security Case Law & Liability*

**St. Bernard Hospital-Security & Public Safety Department**
Training Seminar, Chicago, IL, December, 2005
*Instructor: Security Law & Methods*

**Northwestern University-Center for Public Safety**
Training Seminar, Columbus, OH, January, 2005
*Instructor: Civil Liability & Employment Law*

**St. Bernard Hospital-Security & Public Safety Department**
Training Seminar, Chicago, IL, December, 2004
*Instructor: Security Law & Methods*

**Northwestern University-Center for Public Safety**
Training Seminar, Evanston, IL, November, 2004
*Instructor: Search & Seizure & Employment Law*

**Northwestern University-Center for Public Safety**
Training Seminar, Evanston, IL, October, 2004
*Instructor: Legal Aspects of Discipline & Civil Liability*

**Northwestern University-Center for Public Safety**
Training Seminar, Algonquin, IL, September, 2004
*Instructor: Legal Aspects of Discipline & Employment Law*

**Northwestern University-Center for Public Safety**
Training Seminar, Dyer, IN, April, 2004
*Instructor: Legal Aspects of Discipline & Employment Law*

**Securatex, Ltd.**
Seminar & Training Academy, Oak Lawn, IL, June, 2001
*Seminar Presenter: Legal Issues in Private Security*

**Office of International Criminal Justice, U.I.C.**
Democratic National Convention Security Program, Chicago, IL, Feb., 1996
*Seminar Presenter: Premises Liability Considerations*

**Office of International Criminal Justice, U.I.C.**
Private Security Training Program, Chicago, IL, Dec., 1995
*Seminar Presenter: Premises Liability Considerations*

**Office of International Criminal Justice, U.I.C.**
**Health Care Security Program, Chicago, IL, Sept., 1995**
*Seminar Presenter: <u>Premises Liability Considerations</u>*

**Office of International Criminal Justice, U.I.C.**
**Police Management Conference, Chicago, IL, March, 1995**
*Seminar Presenter: <u>Security Law Considerations</u>*

**National Intelligence Academy**
**Seminar & Training Academy, Ft. Lauderdale, FL, Dec., 1994**
*Seminar Presenter: <u>Police Use of Force/Liability</u>*

**Office of International Criminal Justice, U.I.C**
**Police Management Conference, Chicago, IL, March, 1991**
*Seminar Presenter: <u>Legal Issues in Policing</u>*

## <u>*LEGAL CERTIFICATIONS & TRAINING*</u>

**Cook County Mandatory Arbitration, September 2007**
*Arbitrator Certification for Cook County Circuit Courts*

**Illinois State Bar Association, February 2004**
*Mediation of major cases training seminar*

**Cook County Mandatory Arbitration, July 2003**
*Arbitrator Certification for Cook County Circuit Courts*

**Lorman Education Services, April 2003**
*Taking & Defending Effective Depositions training seminar*

**American Management Association, June 1994**
*Legal Risks of Inadequate Physical Security training seminar*

**Chicago Bar Association, May 1994**
*Premises Liability training seminar*

**Supreme Court of the State of Illinois, May 1990**
*Licensed Attorney, Member of Illinois Bar*

**U.S. District Court-Northern District of Illinois, June 1990**
*Member of General Bar, formerly member of Trial Bar*

**Cook County State's Attorney Office, January-June, 1989**
*Law School Internship within the Gang Prosecution Office*

# SECURITY & POLICE PRESENTATIONS & DELIVERED TRAINING

**City of Chicago**
**Department of Business Affairs & Licensing, Chicago, IL, March, 2008 (Scheduled)**
*Presenter: Security Training Techniques & Best Practices for Security Personnel*

**International Law Enforcement Academy**
**State Department Sponsored Training, Roswell, NM, February, 2008**
*Instructor: Security Technology*

**Midwest Security Conference**
**Annual Conference, Lisle, IL, April, 2007**
*Presenter: Public-Private Policing: Industry Trends*

**Ronald McDonald House Charities**
**Annual Conference, Oak Brook, IL, February, 2007**
*Presenter: Safety & Security Issues*

**ASIS North Shore Chapter**
**Annual Conference, Elk Grove Village, IL, October, 2006**
*Presenter: Public-Private Policing: A New Policing Model*

**Illinois Academy of Criminology**
**Annual Conference, Chicago, IL, June, 2006**
*Keynote Speaker: Blending Security into a New Policing Model*

**The Wall Street Transcripts**
**Annual Conference, New York, NY, Nov., 2005**
*Panel Presenter: Building Security: Turning Security Threat into a Competitive Weapon*

**International Association of Chiefs of Police**
**Annual Conference, Oak Brook, IL, October, 2005**
*Seminar Presenter: Patrol Operations Involving Public/Private Partnerships*

**American Society of Criminology**
**National Conference, Nashville, TN, November, 2004**
*Seminar Presenter: Private Policing on Public Streets: Circumstances, Opportunities, Problems & Strategies (C.O.P.S.)*

**Midwest Security Association**
**Association Meeting, Chicago, IL, November, 2004**
*Presenter: Para-Policing: A New Policing Model*

**Illinois Association of Chiefs of Police**
**Public-Private Liaison Committee, Chicago, IL, November, 2004**
*Presenter: Para-Policing: A New Policing Model*

**ASIS International**
**National Conference, Dallas, TX, September, 2004**
*Seminar Presenter: Private Policing on Public Streets: Circumstances, Opportunities, Problems & Strategies (C.O.P.S.)*

**ASIS International-Chicago Chapter**
**Association Meeting, Chicago, IL, September, 2004**
*Presenter: Para-Policing: A New Policing Model*

**Merrillville Neighborhood Watch Association**
**Community Presentation, Merrillville, IN, May, 2004**
*Presenter: How Citizens Can Improve Public Safety*

**Northwestern University-Center for Public Safety**
**Executive Management Program, Vernon Hills, IL, May, 2004**
*Instructor: Private Policing on Public Streets: Circumstances, Opportunities, Problems & Strategies (C.O.P.S.)*

**ASIS International**
**Annual Conference, Chicago, IL, March, 2004**
*Seminar Presenter: Private Policing on Public Streets: Circumstances, Opportunities, Problems & Strategies (C.O.P.S.)*

**Government & College Relations Council**
**Winter Meeting, Addison, IL, February, 2004**
*Conference Presenter: The Past & Future of Law Enforcement*

**Society of Human Resource Professionals**
**Human Resources Roundtable, Chicago, IL, January, 2004**
*Roundtable Facilitator: Workplace Security*

**ASIS International**
**National Conference, New Orleans, LA, September, 2003**
*Seminar Presenter: Private Policing on Public Streets: Circumstances, Opportunities, Problems & Strategies (C.O.P.S.)*

**Northwestern University-Center for Public Safety**
**Executive Management Program, Evanston, IL, July, 2003**
*Instructor: Private Policing on Public Streets: Circumstances, Opportunities, Problems & Strategies (C.O.P.S.)*

**Calumet College of St. Joseph, Law Enforcement Institute**
**Annual Conference, Hammond, IN, May, 2003**
*Panel Moderator: Measuring Public Safety: Innovative Interventions*

**ASIS International**
**Annual Conference, Chicago, IL, April, 2003**
*Seminar Presenter: Private Policing on Public Streets: Circumstances, Opportunities, Problems & Strategies (C.O.P.S.)*

**Society of Human Resource Professionals**
**Annual Conference, Chicago, IL, October, 2002**
*Seminar Presenter: Security in the Workplace*

## *POLICE & SECURITY CERTIFICATIONS & TRAINING*

**The NIJ Criminal Justice Conference, July 2007**
*This three day conference was sponsored by the National Institute of Justice.*

**Special Event Security, October 2004**
*This training seminar was sponsored by the International Association of Chiefs of Police.*

**International Association of Professional Security Consultants, April 2004**
*Annual Conference sponsored by security consulting association.*

**In Search of Security: Police & Security Conference, February 2003**
*This three day training seminar was sponsored by the Law Commission of Canada and the National Institute of Justice.*

**International Association of Professional Security Consultants, April 2002**
*Annual Conference sponsored by security consulting association.*

**Public & Private Partnerships, March, 1995**
*Certification for twenty five hour seminar designed to foster partnerships between police and security entities sponsored by the Office of International Criminal Justice (O.I.C.J) at the University of Illinois at Chicago.*
**Illinois Law Enforcement Training & Standards Board**
*Certified Instructor*

**Chicago Police Academy, February-June, 1983**
*Police Recruit Training*

**Cook County Sheriff's Office, January-June, 1980**
*College Internship*

## *MEDIA ACCOUNTS/PRESENTATIONS*

*Public Television:* Lakeshore Focus- "Public Safety" Taped April 20, 2007

*Post Tribune:* "Cal College Program a first in Midwest" April 20, 2007

*Northwest Indiana Times:* "Terrorism, security law focus of book" March 8, 2007

*Corporate Security*: "Suspect Feeling Confined to Interview Room is Trouble for You," Vol. 33, No 2, January 31, 2007.

*The Arizona Republic*: "Private Security Guards Play Key Roles Post-9/11" Jan. 22, 2006

*Security Director's Report*: "How Private Policing of Public Spaces will Impact your Operations" Issue 05-12, www.ioma.com, December, 2005

*Security Director's Report*: "Winning Lawsuits takes more than Adequate Security", Issue 06-06, www.ioma.com, June, 2005

*Northwest Indiana Times*: "Education Focus: Head of the Class" April 26, 2005

*Security Director News*: "Guns at Work law fires up Debate", April, 2005

*The Oregonian*: "Security Upswing", January 6, 2005

*Washington Business Journal*: "Corporate Security", October 1, 2004

*WYIN Cable TV*: "Region Watch: Rebooting the Region", taped July 23, 2004

*WLS Radio (ABC Affiliate)*: "The Debra Rowe Show", May 5, 2004

*Decisive Utterance*: John Marshall Law School, Alumni Profile, February, 2004

*ASIS Dynamics:* Portfolio, January/February, 2004

*CBS-2 Chicago*: "Former Cop Looks into Private vs. Public Security Forces" January 9, 2004

*Northwest Indiana Times*: "Professor Writes Book on Future of Policing" January 7, 2004

*Northwest Indiana Times*: "Professor Writes Book on Future of Policing" December 14, 2003

*Daily Southtown*: "Former Cop Delves into Private vs. Public Policing" December 11, 2003

*Northwest Indiana Times*: "Private Police a Growing Force" December 4, 2003

*Post Tribune*: "Security vs. Civil Rights" November 28, 2003

*Post Tribune*: "Pastor book published" November 21, 2003

*Reporter/Met*: "Local Author looks at Impact of Policing Trend" November 20, 2003

*Northwest Indiana Times:* "It's Not a Men's Club Anymore"
October 19, 2003

## *SIGNIFICANT RESEARCH/CONSULTING PROJECTS*

**Terrorism & Intelligence Training Curriculum- Indiana Intelligence Fusion Center**
*Contracted to develop and deliver three day training curriculum for police officers who are assigned as liaisons to the Indiana Intelligence Fusion Center. The curriculum will consist of several components including: Foundational & Conceptual Understanding of Terrorism, Informational & Terrorism Databases, Investigative & Source Development Techniques, Data & Information Collection Management, Techniques & Attributes of Intelligence Led Policing, Legal Requirements related to Intelligence Data, and Cultural Awareness & Ethical considerations of counter- terrorism. The curriculum is scheduled to be completed in March 2007 and delivery of training programs by May 2007.*

**Terrorism & Public Safety Policing- Book Manuscript**
*Conducted extensive theoretical and operational research of an evolving policing model. The underpinnings of this model are the result of the threat of terrorism combined with contemporaneous operational and financial circumstances facing policing agencies. Currently drafting book manuscript, with tentative publication by fall 2008.*

**Illinois Institute of Technology-Public Safety Research**
*Conducted research of Public Safety services provided by private security firm to the college community. Research involves interviews, document analysis, ride-alongs, and survey data designed to assess the functions and viability of the privatization arrangement. This data and observations will be applied to Terrorism & Public Safety Policing manuscript.*

**Chicago Police Department-Education & Training Research**
*Conducted research on the Pre-Service Sergeant's training curriculum. Research involves focus groups and survey data designed to assess the viability of the existing curriculum.*

**Public Safety Administration-Curriculum Development**
*Developed curriculum for a graduate level Public Safety Administration program. This entailed doing substantial market research, benchmarking, curriculum design, and related structural components.*

**U.S. Department of Homeland Security**
*DHS Preparedness Directorate, Office of Grants & Training*
Contracted Reviewer for FY2007 Commercial Direct Equipment Assistance Program.

**U.S. Department of Homeland Security**
*DHS Preparedness Directorate, Office of Grants & Training*
Contracted Reviewer for FY2006 Commercial Direct Equipment Assistance Program.

**U.S. Department of Homeland Security**
*DHS Preparedness Directorate, Office of Grants & Training*
Contracted Reviewer for FY2005 Commercial Direct Equipment Assistance Program.

**Chicago Olympic Fundraising Event**
Contracted with event management to perform security consulting services during significant fundraising event for Chicago's Olympic proposal.

**San Francisco Patrol Special Police**
Contracted with Patrol Special Police Association to provide legal and operational guidance relating to their patrol functions. Services included a presentation before the San Francisco Police Commission on March 22, 2006.

**City of Aurora, Illinois**
Conducted extensive security surveys of city hall facility and another building housing multiple use tenants, including a police district, special service school, community center, and an employment agency.

**Keystone Steel & Wire Company, Peoria, Illinois**
Conducted extensive security survey of facility and surrounding environment plus drafted security policy manual for security operations and functions.

**Security Liability Report: New Jersey Mall & Related Environments**
Contracted to research and drafted report for Schimer Engineering relative to the Meadowlands Xanadu project

**Expert Witness/Consulting Expert for the following cases:**

*Erica Harris v. John LaVelle, et al.*
*State of Illinois, County of Cook, 03 L 4410*
Consulting expert in police procedures & operations for defendant, Cook County, in civil rights case.

*Jermaine Taylor v. City of Hammond, et al.*
*United States District Court, Northern District of Indiana, Hammond Division, No. 06-CV-256*
Consulting expert in police disciplinary process and use of force for plaintiff in civil rights case

*Conway v. Deer Creek Amphitheater Concerts, LP., et al.,*
*State of Indiana, County of Hamilton, No.29D02-0303-CT-228*
Expert witness in security procedures & operations for plaintiffs in personal injury case.

*Latoya Baker v. Claeson and City of Chicago, et al.*
*United States District Court, Northern District of Illinois, No. 06 C 1023*
Consulting expert in police use of force case for plaintiff in civil rights case

*Thomas M. Janusz v. City of Chicago, et al.*
*United States District Court, Northern District of Illinois, No. 03 C 4402*
Expert witness in police disciplinary & tactical procedures for plaintiff in civil rights case

*Brian Sides v. City of Champaign et al.,*
United States District Court, Central District of Illinois, No. 03 CV 2118
Expert witness in public policy for plaintiff in civil rights case

*Meagher v. McGarry & K.G Building Management,*
State of Illinois, County of Cook, Law Division, No. 01 L 003711
Consulting expert in premises liability for the plaintiff in negligent security case.

*Cutshaw & Cowall v. Norvin Kirkendall & ADT Security Services, Inc.,*
State of Indiana, County of Johnson, No. 41 D 10104
Expert witness in security contracts and operations for plaintiffs in security contract case.

## *SIGNIFICANT LEGAL WORK PRODUCT*

*Sharon Siwek v. Police Board of the City of Chicago, et al.,*
Appellate Court of Illinois, First Judicial District, No. 05-3273.
Case of first impression dealing with termination of sworn police officer for a medical roll violation stemming from working secondary employment.

*Sean Morrissy v. City of Oak Forest, et al.,*
Appellate Court of Illinois, First Judicial District, No. 98-189.
Case dealing with termination of heavy equipment operator for drug testing violation.

*In Re Marriage of Schauer*
Appellate Court of Illinois, Third Judicial District, No. 98-180.
Case dealing with financial and estate disbursement from divorce litigation.

*City of Chicago and Illinois Council of Police & Sheriffs*
Illinois Local Labor Relations Board, No. L-RC-01-010.
Litigated trial in a case dealing with union representation of aviation "special police" officers from O'Hare and Midway Airports.

*Village of Homewood and Illinois Council of Police & Sheriffs*
Illinois State Labor Relations Board, No. S-RC-00-127.
Litigated trial in a case dealing with union representation of police sergeants from the Homewood Police Department.

*Gerald Pedrin v. City of North Chicago, et al.*
City of North Chicago Police Commission, No. 04-001
Litigated trial before Police Commission in a case dealing with the termination of North Chicago police lieutenant.

*Richard J. Stech v. Lemont Fire Protection District, et al.*
*Cook County Chancery Court, No. 00 CH 534*
*Board of Fire Commissioners, Lemont Fire Protection District, No. 99-001*
Litigated trial before Board of Fire Commissioners and appeal before the Chancery Court of Cook County in a case dealing with the termination of client, who served as assistant fire chief.

*Richard J. Stech v. Lemont Fire Protection District, et al.*
*United States District Court, Northern District of Illinois, No. 01 C 4190*
Litigation and settlement of case stemming from wrongful termination of client, who served as assistant fire chief.

*Jeffrey G. Lehr v. Lemont Fire Protection District, et al.*
*United States District Court, Northern District of Illinois, No. 01 C 1729*
Litigation and settlement of case stemming from wrongful termination of client, who served as the director of fire prevention.

*Eddie Robinson v. City of Harvey, et al.*
*City of Harvey Civil Service Commission, No. 01-001*
Litigated trial before Civil Service Commission in a case dealing with the termination of Harvey police officer.

*Emerson Branch v. City of Harvey, et al.*
*Cook County Chancery Court, No. 02 CH 7478*
*City of Harvey Civil Service Commission, No. 01-002*
Litigated trial before Civil Service Commission and appeal before the Chancery Court of Cook County in a case dealing with the termination of Harvey police officer.

*Gerald Pedrin v. City of North Chicago, et al.*
*City of North Chicago Police Commission, No. 01-001*
Litigated trial before Police Commission in a case dealing with the termination of North Chicago police lieutenant.

*Richard M. McFarlane v. City of Chicago, et al.*
*Cook County Chancery Court, No. 00 CH 3640*
Litigation stemming from police sergeant examination.

*Village of Maywood and Illinois Council of Police & Sheriffs and Combined Counties Police Association*
*Illinois State Labor Relations Board, No. S-RC-02-041*
Election of exclusive union bargaining unit for Maywood police officers.

*Village of Harvey and Illinois Council of Police & Sheriffs*
*Illinois State Labor Relations Board, No. S-RC-02-039*
Election of exclusive union bargaining unit for Harvey police officers.

*Village of Stone Park and Illinois Council of Police & Sheriffs*
*Illinois State Labor Relations Board, No. S-RC-01-065*
Election of exclusive union bargaining unit for Stone Park police dispatchers.

*Village of Glenview and Illinois Council of Police & Sheriffs*
*Illinois State Labor Relations Board, No. S-RC-01-053*
Election of exclusive union bargaining unit for Glenview police officers.

*Village of Hazel Crest and Illinois Council of Police & Sheriffs*
*Illinois State Labor Relations Board, No. S-RC-00-055*
Election of exclusive union bargaining unit for Hazel Crest police sergeants.

*Agreement between Village of Willow Springs and Illinois Council of Police & Sheriffs*
Negotiations lasted approximately nine (9) months. Term of contract from May 1, 2003 to April 30, 2007.

*Agreement between Illinois Council of Police & Sheriffs and the Village of Stone Park*
Negotiations lasted approximately six (6) months. Term of contract from May 1, 2000 to April 30, 2002.

*Agreement between College of DuPage and Illinois Council of Police & Sheriffs*
Negotiations lasted approximately nine (9) months. Term of contract from May 1, 2002 to June 30, 2004.

## ***PUBLICATIONS***

*Security Law and Methods*, Butterworth-Heinemann (2006), ISBN # 0-7506-7994-8.

*The Privatization of Police in America: An Analysis and Case Study*,
McFarland & Company (2003), ISBN # 0-7864-1574-6.

"*Private Policing within Public Environments,*" *Protection of Assets (POA) Manual*, considered the "bible" of the security industry published by ASIS International.

"*Liability & Operational Implications of Off-Duty Police*" *Law Enforcement Executive Forum*, Vol. 7, No. 2, February, 2007.

"*Public Safety Policing*" *Law Enforcement Executive Forum*, Vol. 5, No. 6, November, 2005.

"*Terrorism & Public Safety Policing*" *CJ International*, March-April, 2005.

"*A New Model of Policing?*" *CCSJ-The Journal*, Vol. 3, No. 1, Spring, 2005.

"*Privatization: A New Model*" *CCSJ-The Journal*, Vol. 2, No. 2, Winter, 2004.

"*Is Crime Really Decreasing?*" *CJ International*, Jan.-Feb., 1996.

"*Global Proliferation of Gang Activity*" *CJ International*, March-April, 1996.

16

# CITATIONS/ REVIEWS OF PUBLICATIONS

"The Economics of Emergency Response," manuscript proposed for publication in *Public Administration Review*, author unknown, citing *The Privatization of Police in America*.

"Conceptualizing the Private Police," *Utah Law Review*, 2 (2005), pp. 573-617, by Elizabeth E. Joh, citing *The Privatization of Police in America*.

"Mapping the Australian Security Industry," *Security Journal*, 18 (4) (2005), pp. 51-64, by Tim Prenzler, citing *The Privatization of Police in America*.

"The Paradox of Private Policing," *The Journal of Criminal Law & Criminology*, 95 (1) (2004), pp. 49-79, by Elizabeth E. Joh, citing *The Privatization of Police in America*.

Book review of *Security Law & Methods* in *Security Management*, November (2007), p. 96 and on www.asisonline.org

Book review of *The Privatization of Police in America* in *Security Management*, December (2004), p. 148-149 and on www.asisonline.org

Book description of *The Privatization of Police in America* in *ASIS Dynamics:* Portfolio, July/August (2004), p. 7.

Book description of *The Privatization of Police in America*, in ASIS International Book Catalogue (2004), p. 40.

# BOOK/JOURNAL REVIEWS

*Community-Oriented Policing: A Systematic Approach to Policing*
Contracted with Pearson-Prentice Hall to review book (4th edition) and draft critique.

*A Litigator's Guide to DNA: From the Laboratory to the Courtroom*
Contracted with Reed Elsevier, Inc., to review book proposal and draft critique.

"The Economics of Emergency Response," *Public Administration Review*
Reviewed manuscript and drafted critique for proposed article in refereed journal.

# PROFESSIONAL MEMBERSHIPS

**ASIS International** (Member- Law Enforcement Liaison Council)

**Illinois Chiefs of Police Association (IACP)** (Member- Public/Private Council)

**International Association of Professional Security Consultants (IAPSC)**

**Public Risk Management Association (PRIMA)**

**Illinois Academy of Criminology (IAC)**

**Society of Human Resource Professionals (SHRP)** (Security Advisor)

## ***REFERENCES***

Available upon request