UNITED STATES DISTRICT COURT
For the Northern District of Illinois

# I N V O I C E

TO:

MARGARET ANN CAREY
CITY OF CHICAGO DEPT. OF LAW, IDL
30 N. LaSalle Street
Suite 1400
Chicago, IL  60602

NOTE: Make check payable to:

Riki Schatell
6033 N. Sheridan Road, #28-K
Chicago, IL  60660

Telephone 773/728-7281

TRANSCRIPTS: _____ CRIMINAL _____X_____ CIVIL

DATE ORDERED: ___12-27-06___  DATE DELIVERED: ___1-03-0-7___
Janusz vs. City of Chicago, 03-CV-4402, Hearing of 12-20-07 before
Mag. Judge Denlow

| | ORIGINAL | | | CHARGES 1ST COPY | | | ADD'L COPIES | | | CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pages | Price | Sub | Pages | Price | Sub | Pages | Price | Sub | |
| Exptd | 11 | $4.40 | | | | | | | | $ 48.40 |
| | | | | | | | | | | |

Total____ $ 48.40

Discount for Late Delivery_____

Less amount of Deposit_____

TOTAL REFUNDED_____

TOTAL DUE_____ $ 48.40

## CERTIFICATION

I certify that the transcript fee charged and page format used comply with
the requirements of this court and the Judicial Conference of the United
States.

_Riki Schatell_____   Date:   January 3, 2007

# LaSalle Process Servers L.P.

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/17/2007 | 30784 |

**BILL TO**
City of Chicago
30 N. LaSalle Street
Suite 1700
Chicago, Illinois 60602
Attn:Margaret Carey

**CASE INFO**
Thomas M Janusz
vs
City of Chicago et al
03C 4402

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 342.50 |

2 Subpoenas
1. Dr. Pamela Ruggieri
2. Dr. Syed Saboor
Calls at addresses given in Gary, IN and Bartlett, IL. on May 12 and 14. Rush.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

1. Case Name: _Janusz v. City_
2. Case Number: _03C 4402_
3. Client Dept: _Police_
4. Atty Signature: _Legi Jundle_
5. Date Approved: _6/21/07_
6. Law Dept. Division: _IDL_

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

JUN 1 4 2007

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30 DAYS.

| **Total** | $342.50 |
|-----------|---------|

# *LaSalle Process Servers,LP*

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/4/2006 | 29225 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1700
Chicago, Illinois 60602
Attn:Margaret Carey

CASE INFO
Thomas Janusz
vs
City of Chicago et al
03 C 4402

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 135.00 |

Subpoena
Carl A. Hermsmeyer, PHD.
Call at address given in Pleasant Plains, Il., FedEx

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM

1.Case Name: Janusz v. City of
2.Case #: 03 C 4402
3.Client Dept.: Police
4.Atty Signature:
5.Date Approved:
6.Law Dept. Division:

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**               $135.00

# LaSalle Process Servers, LP

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

DATE | INVOICE #
10/16/2006 | 28783

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1700
Chicago, Illinois  60602
Attn:Shauntelle Reynolds

CASE INFO
Thomas Januz
v.
City of Chicago, et al.
03 C 4402

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 445.00 |

Subpoenas
1. Teamsters Local 727 Health & Wlefare Fund
2. Dr. Kirit Kumar Pandya
3. St. Francis Hospital & Health
4. Illinois Companion Health Insurance
Calls at addresses given in Blue Island, Des Plaines, Chicago and Springfield, IL., Rush, FedEx

1. Case Name: _Janusz v. City, etal._
2. Case Number: _03 C 4402_
3. Client Dept: _____ POLICE
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: ___ IDL

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** | $445.00

# *LaSalle Process Servers L.P.*

# Invoice

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|---|---|
| 10/3/2007 | 32116 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1700
Chicago, Illinois 60602
Attn:Margaret Carey

CASE INFO
Janusz
vs
City of Chicago
03C4402

*Case # ~~05 C 1115~~ 03C4402*
*Case Name ~~Coffie, Copree~~ Janusz, Thomas*
*Client Dept. Police*
*Atty Signature*
*Date Signed 10/12/07*
*Law Division 7 DL*
*Carey*

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 194.50 |
| Witness fees advanced | 75.89 |

Subpoena
Dr. Syed Saboor
Call at address given in Bartlett on October 2. Same Day Rush.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**     $270.39

# LaSalle Process Servers, LP

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

*Meg Carey*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/21/2006 | 28597 |

2006 SEP 21 PM 4:24

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1700
Chicago, Illinois 60602
Attn: Shauntelle Reynolds

CASE INFO
Thomas Janusz
v.
City of Chicago, et al.
03 C 4402

1. Case Name: *Janusz v City*
2. Case Number: *03 C 4402*
3. Client Dept: *LAW*
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: *TDL*

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 180.00 |

2 Subpoenas
1. Northwestern University
2. Loyola
Call at address given in Evanston and Chicago on September 19, Same Day
Rush

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**          $180.00

# LaSalle Process Servers L.P.

**Invoice**

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|---|---|
| 10/25/2007 | 32359 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1700
Chicago, Illinois 60602
Attn:Margaret Carey

CASE INFO
Thomas Janusz
vs
City of Chicago et al
03C4402

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 82.00 |
| Witness fees advanced | 51.64 |

Subpoena
Dr. Guy Motanky
Call at address given in Chicago on October 19

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

1. Case Name: Janusz, Thomas
2. Case Number: 03 C 4402
3. Client Dept: Police
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division: IDU
Carey

DEC 1 4 2007

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**          $133.64

```
*********************************************************
```

INVOICE 6000-446

```
*********************************************************
```

August 16, 2011

LYDIA MSZAL REPORTING SERVICES
79 W. Monroe Street
Suite 926
Chicago IL  60603
(312) 629-8816

1. Case Name: _Janusz v Grizzoff_
2. Case Number: _____
3. Client Dept: _Police_
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _Torts_

AUG 1 7 2011

CITY OF CHICAGO by
    Ms. Meg Carey
    30 North LaSalle Street
    Suite 800
    Chicago IL  60602

CASE NAME:  Janusz v Grizzoff, et al City of Chicago
DEP OF:  Motions
DATE:  8-3-11
ATTENDANCE:  2.0            180.00
CASE NUMBER: 09 L 7709
TRANSCRIPT:  03C004462
MINI:
PDF/E-TRAN/ASCII:
EXHIBITS:
DELIVERY:

TOTAL:                     180.00

```

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
120 NORTH LaSALLE ST., SUITE 1500 CHICAGO, ILLINOIS 60602-2491
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

# Invoice

**FIRM**

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL 60602-2502
MS. MEG CAREY

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 62439 | 11/16/2006 | 300 |

| TOTAL | $649.08 | PAYABLE UPON RECEIPT |
|-------|---------|---------------------|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**              LYNN JANUSZ                              10/23/2006

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| CITY TRANSCRIPT ORIGINAL 10/23/2006 DEPOSITION | 132 | 3.58 | 472.56 |
| CITY CONDENSCRIPT | 132 | 0.16 | 21.12 |
| CITY COMPACT DISKETTE (CD) | 1 | 22.00 | 22.00 |
| CITY TRANSCRIPT ORIGINAL 10/23/2006 DEPOSITION ***CONFIDENTIAL*** | 5 | 3.58 | 17.90 |
| CITY ATTENDANCE | 3 | 38.50 | 115.50 |

MARY KAY COGHLAN, CSR, RPR

1. Case Name: _Janusz v. City_
2. Case Number: _03 C-4402_
3. Client Dept: _POLICE_
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _IDL_
6. Law Dept. Division: _____

NOV 21 2006

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO | INVOICE # | PAYABLE UPON RECEIPT | Total | $649.08 |
|------------------|-----------|---------------------|-------|---------|
| URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | 62439 | | | |

E-mail  ubainc@earthlink.net          Web Site

  

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
120 NORTH LaSALLE ST., SUITE 1500 CHICAGO, ILLINOIS 60602-2491
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

# Invoice

**FIRM**

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL 60602-2502
MS. MEG CAREY

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 62471 | 11/20/2006 | 300 |

| TOTAL | $955.02 | PAYABLE UPON RECEIPT |
|-------|---------|---------------------|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**      BETTY LOU JANUSZ      10/25/2006

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| CITY TRANSCRIPT ORIGINAL | 198 | 3.58 | 708.84 |
| 10/25/2006 DEPOSITION | | | |
| CITY CONDENSCRIPT | 198 | 0.16 | 31.68 |
| CITY COMPACT DISKETTE (CD) | 1 | 22.00 | 22.00 |
| CITY ATTENDANCE | 5 | 38.50 | 192.50 |

SANDRA KASPAR, CSR

1. Case Name: _Janusz v. City_
2. Case Number: _03 C 4402_
3. Client Dept: _POLICE_
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _IDL_
6. Law Dept. Division: _____

DEC 0 5 2006

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO | INVOICE # | **PAYABLE UPON RECEIPT** | Total | $955.02 |
|------------------|-----------|--------------------------|-------|---------|
| URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | 62471 | | | |

E-mail ubainc@earthlink.net      Web Site

  

*Stacy*

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
120 NORTH LaSALLE ST., SUITE 1500  CHICAGO, ILLINOIS  60602-2491
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502
MS. STACY BENJAMIN

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 61662 | 8/25/2006 | 300 |

| **TOTAL** | **$1,024.10** | PAYABLE UPON RECEIPT |

## CAUSE

*JANUSZ v. CITY*

03 C 4402          JOHN CECE                          07/10/2006

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| CITY TRANSCRIPT ORIGINAL | 249 | 3.25 | 809.25 |
| 7/10/06 DEPOSITION | | | |
| CITY CONDENSCRIPT | 249 | 0.15 | 37.35 |
| CITY COMPACT DISKETTE (CD) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE | 4.5 | 35.00 | 157.50 |

1. Case Name: *Janusz v City*
2. Case Number: 03 C 4402
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division: IDL

AUG 3 0 2006

BARBARA SMITH, CSR

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

REMIT PAYMENT TO
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

| INVOICE # | **PAYABLE UPON RECEIPT** | Total | **$1,024.10** |
|-----------|--------------------------|-------|---------------|
| 61662 | | | |

E-mail  ubainc@earthlink.net          Web Site  www.urlaubbowenandassociates.com

  

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

# Invoice

**FIRM**

MS. STACY BENJAMIN
ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 65478 | 9/12/2007 | 300 |

| TOTAL | $394.50 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

| 03 C 4402 | STANLEY SOKOL | 08/29/2007 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. STACY BENJAMIN | | | |
| CITY TRANSCRIPT ORIGINAL | 61 | 4.25 | 259.25 |
| 08/29/07 DEPOSITION OF STANLEY S. SOKOL | | | |
| CITY CONDENSCRIPT | 61 | 0.25 | 15.25 |
| CITY COMPACT DISKETTE (CD) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE (2 Hr MINIMUM) | 1 | 100.00 | 100.00 |

1. Case Name: _Janusz, Thomas_
2. Case Number: _03C 4402_
3. Client Dept: _Police_
4. Atty Signature: _[signature]_
5. Date Approved: _____
6. Law Dept. Division: _IDL_   _Carey_

SEP 21 2007

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 65478 | PAYABLE UPON RECEIPT | Total | $394.50 |
|---|---|---|---|---|

E-mail   urlaubbowen@sbcglobal.net          Web Site

   

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM |
|---|
| ASSISTANT CORPORATION COUNSEL |
| INDIVIDUAL DEFENSE LITIGATION |
| 30 N LASALLE ST STE 1400 |
| CHICAGO, IL  60602-2502 |
| MS. MEG CAREY |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 62915 | 1/9/2007 | 300 |

| TOTAL | $77.00 | PAYABLE  UPON RECEIPT |
|---|---|---|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

| **03 C 4402** | THOMAS JANUSZ SR, VOL I | 01/04/2007 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| CITY ATTENDANCE (2 Hr MINIMUM) 01/04/2007  DEPOSITION | 1 | 77.00 | 77.00 |
| NICK BOWEN, CSR, RPR, RMR, RDR | | | |
| PLEASE UPDATE YOUR RECORDS, OUR NEW ADDRESS EFFECTIVE 11/27/2006 20 N CLARK ST  STE 1260 CHICAGO, IL 60602 | | | |

1. Case Name: _Janusz v. City_
2. Case Number: _03 C 4402_
3. Client Dept: _Law_
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _IDL_

JAN 1 1 2007

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO | | INVOICE # | PAYABLE UPON RECEIPT | Total | $77.00 |
|---|---|---|---|---|---|
| URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | | 62915 | | | |

E-mail  urlaubbowen@sbcglobal.net          Web Site

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM | **Invoice** |
|---|---|

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL 60602-2502
MS. MEG CAREY

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 62923 | 1/9/2007 | 300 |

| TOTAL | $38.50 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**        THOMAS JANUSZ SR, VOL II        01/05/2007

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| CITY ATTENDANCE (2 Hr MINIMUM) 01/05/2007 | 1 | 38.50 | 38.50 |
| REGIS GRIFFEY, CSR, RPR | | | |
| PLEASE UPDATE YOUR RECORDS, OUR NEW ADDRESS EFFECTIVE 11/27/2006 20 N CLARK ST  STE 1260 CHICAGO, IL 60602 | | | |

1. Case Name: Janusz v. City
2. Case Number: 03 C 4402
3. Client Dept: POLICE
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division: IDL

JAN 1 1 2007

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO | INVOICE # | **PAYABLE UPON RECEIPT** | Total | $38.50 |
|---|---|---|---|---|
| URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | 62923 | | | |

E-mail  urlaubbowen@sbcglobal.net        Web Site

  

# UBA — URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

## FIRM

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL 60602-2502
MS. MEG CAREY

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 62897 | 1/6/2007 | 300 |

| TOTAL | $994.51 | PAYABLE  UPON RECEIPT |
|---|---|---|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

| 03 C 4402 | ROBERT BATHALON | 12/14/2006 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| CITY TRANSCRIPT ORIGINAL | 224 | 3.58 | 801.92 |
| 12/14/2006  DEPOSITION | | | |
| CITY CONDENSCRIPT | 224 | 0.16 | 35.84 |
| CITY COMPACT DISKETTE (CD) | 1 | 22.00 | 22.00 |
| CITY ATTENDANCE | 3.5 | 38.50 | 134.75 |

REGIS GRIFFEY, CSR, RPR

PLEASE UPDATE YOUR RECORDS, OUR NEW ADDRESS
EFFECTIVE 11/27/2006
20 N CLARK ST  STE 1260
CHICAGO, IL 60602

1. Case Name: _Janusz v. City_
2. Case Number: _03 C 4402_
3. Client Dept: _Law_
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _IDL_

JAN 11 2007

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

## REMIT PAYMENT TO

**URLAUB BOWEN & ASSOCIATES, INC.**
PO BOX 64637
CHICAGO, IL 60664-0637

| INVOICE # | PAYABLE UPON RECEIPT | Total | $994.51 |
|---|---|---|---|
| 62897 | | | |

E-mail  urlaubbowen@sbcglobal.net          Web Site

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502
MS. MEG CAREY

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 63223 | 2/2/2007 | 300 |

| TOTAL | $231.00 | PAYABLE  UPON RECEIPT |
|-------|---------|------------------------|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**  DOUG LOFTIS  01/18/2007

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| CITY ATTENDANCE 01/18/2007  DEPOSITION | 6 | 38.50 | 231.00 |
| JACQUELINE PIETRZYK, CSR | | | |

PLEASE UPDATE YOUR RECORDS, OUR NEW ADDRESS
EFFECTIVE 11/27/2006
20 N CLARK ST  STE 1260
CHICAGO, IL 60602

1. Case Name: _Janusz v. City_
2. Case Number: _03 C 4402_
3. Client Dept: _POLICE_
4. Atty Signature: _____
5. Date Approved: _2/2/07_
6. Law Dept. Division: _IDL_
6. Law Dept. Division: _____

FEB 0 6 2007

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO | C. | INVOICE # | PAYABLE UPON RECEIPT | Total | $231.00 |
|------------------|-----|-----------|----------------------|-------|---------|
| URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | | 63223 | | | |

E-mail   urlaubbowen@sbcglobal.net       Web Site

  

# UBA          URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL 60602-2502
MS. MEG CAREY

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 63197 | 1/31/2007 | 300 |

| TOTAL | $216.48 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**          THOMAS JANUSZ SR, VOL II          01/05/2007

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| CITY TRANSCRIPT ORIGINAL | 52 | 3.58 | 186.16 |
| 01/05/2007  RESUMED DEPOSITION,  VOLUME II | | | |
| CITY CONDENSCRIPT | 52 | 0.16 | 8.32 |
| CITY COMPACT DISKETTE (CD) | 1 | 22.00 | 22.00 |

REGIS GRIFFEY, CSR, RPR

PLEASE UPDATE YOUR RECORDS, OUR NEW ADDRESS
EFFECTIVE 11/27/2006
20 N CLARK ST  STE 1260
CHICAGO, IL 60602

1. Case Name: _Janusz v. City_
2. Case Number: _03 C 4402_
3. Client Dept: _POLICE_
4. Atty Signature: _____
5. Date Approved: _2/2/07_
6. Law Dept. Division: _IDL_

FEB 0 6 2007

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br><br>**URLAUB BOWEN & ASSOCIATES, INC.**<br>**PO BOX 64637**<br>**CHICAGO, IL 60664-0637** | INVOICE #<br><br>63197 | **PAYABLE UPON RECEIPT** | Total | $216.48 |
|---|---|---|---|---|

E-mail  urlaubbowen@sbcglobal.net          Web Site

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM |
|---|
| ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL 60602-2502<br>MS. MEG CAREY |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 63195 | 1/31/2007 | 300 |

| TOTAL | $336.16 | PAYABLE UPON<br>RECEIPT |
|---|---|---|

| CAUSE |
|---|

**JANUSZ v. CITY OF CHICAGO**

| 03 C 4402 | THOMAS JANUSZ SR, VOL I | 01/04/2007 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| CITY TRANSCRIPT ORIGINAL | 84 | 3.58 | 300.72 |
| 01/04/2007  DEPOSITION,  VOLUME I | | | |
| CITY CONDENSCRIPT | 84 | 0.16 | 13.44 |
| CITY COMPACT DISKETTE (CD) | 1 | 22.00 | 22.00 |

NICK BOWEN, CSR, RPR, RMR, RDR

PLEASE UPDATE YOUR RECORDS, OUR NEW ADDRESS
EFFECTIVE 11/27/2006
20 N CLARK ST  STE 1260
CHICAGO, IL 60602

1. Case Name: _Janusz v. City_
2. Case Number: _03C 4402_
3. Client Dept: _POLICE_
4. Atty Signature: _MGC_
5. Date Approved: _2/27/07_
6. Law Dept. Division: _IDL_

FEB 0 6 2007

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br><br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>63195 | PAYABLE<br>UPON<br>RECEIPT | Total | $336.16 |
|---|---|---|---|---|

E-mail  urlaubbowen@sbcglobal.net          Web Site

  

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
120 NORTH LaSALLE ST., SUITE 1500 CHICAGO, ILLINOIS 60602-2491
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

FIRM

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL 60602-2502
MS. STACY BENJAMIN

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 61269 | 7/14/2006 | 300 |

| TOTAL | $198.80 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

**JANUSZ v.CITY OF CHICAGO**

**03 C 4402**          ROBERT CRAIG, M.D.          *06/23/2006*

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| CITY TRANSCRIPT ORIGINAL | 32 | 3.25 | 104.00 |
| 06/23/2006 DEPOSITION | | | |
| CITY CONDENSCRIPT | 32 | 0.15 | 4.80 |
| CITY DISKETTE (ASCII / E-TRAN) | | 20.00 | 20.00 |
| CITY ATTENDANCE (2 Hr MINIMUM) | | 70.00 | 70.00 |
| | | | |
| MARCIA YOSHIZUMI, CSR | | | |

1. Case Name: Janusz v City
2. Case Number: 03C4402
3. Client Dept: Police
4. Atty Signature: *(signature)*
5. Date Approved: 7/19/06
Law Dept. Division: IDL

JUL 18 2006

JUL 1 8 2006

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 61269 | **PAYABLE UPON RECEIPT** | **Total** $198.80 |
|---|---|---|---|

E-mail  ubainc@earthlink.net          Web Site  www.urlaubbowenandassociates.com

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
120 NORTH LaSALLE ST., SUITE 1500  CHICAGO, ILLINOIS  60602-2491
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502
MS. STACY BENJAMIN

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 61237 | 7/14/2006 | 300 |

| TOTAL | $817.20 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

| 03 C 4402 | DAVID LIPKIN MD VOL I | 06/14/2006 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| CITY TRANSCRIPT ORIGINAL 06/14/2006  DEPOSITION,  VOLUME I | 183 | 3.25 | 594.75 |
| CITY CONDENSCRIPT | 183 | 0.15 | 27.45 |
| CITY DISKETTE (ASCII / E-TRAN) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE | 5 | 35.00 | 175.00 |

SANDRA KASPAR, CSR

1. Case Name: _Janusz v City_
2. Case Number: _03C4402_
3. Client Dept: _Prses_
4. Atty Signature: _[signature]_
5. Date Approved: _7/19/06_
6. Law Dept. Division: _IDC_

JUL 18 2006

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 61237 | PAYABLE UPON RECEIPT | Total | $817.20 |
|---|---|---|---|---|

E-mail  ubainc@earthlink.net          Web Site   www.urlaubbowenandassociates.com

  

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
120 NORTH LaSALLE ST., SUITE 1500  CHICAGO, ILLINOIS  60602-2491
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM |
| --- |
| ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502<br>MS. STACY BENJAMIN |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
| --- | --- | --- |
| 61235 | 7/14/2006 | 300 |

| TOTAL | $382.50 | PAYABLE  UPON<br>RECEIPT |
| --- | --- | --- |

| CAUSE |
| --- |

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**        PAULA SIRAGUSA                    06/14/2006

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
| --- | --- | --- | --- |
| CITY TRANSCRIPT ORIGINAL | 90 | 3.25 | 292.50 |
| 06/14/2006  DEPOSITION OF PAULA SIRAGUSA | | | |
| CITY DISKETTE (ASCII / E-TRAN) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE (2 Hr MINIMUM) | 1 | 70.00 | 70.00 |
| | | | |
| BARBARA SMITH, CSR | | | |

1. Case Name: _Janusz v City_
2. Case Number: _03 C 4402_
3. Client Dept: _POGCC_
4. Atty Signature: _[signature]_
5. Date Approved: _7/19/06_
6. Law Dept. Division: _IDL_

JUL 1 8 2006

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>61235 | PAYABLE<br>UPON<br>RECEIPT | Total | $382.50 |
| --- | --- | --- | --- | --- |

E-mail  ubainc@earthlink.net          Web Site  www.urlaubbowenandassociates.com

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
120 NORTH LaSALLE ST., SUITE 1500 CHICAGO, ILLINOIS 60602-2491
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

# Invoice

**FIRM**

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL 60602-2502
MS. STACY BENJAMIN

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 61233 | 7/14/2006 | 300 |

| TOTAL | $568.25 | PAYABLE UPON RECEIPT |
|-------|---------|---------------------|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**          SHELDON S. GREENBERG, MD VOL I          06/13/2006

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| CITY TRANSCRIPT ORIGINAL | 131 | 3.25 | 425.75 |
| 06/13/2006 DEPOSITION, VOLUME I | | | |
| CITY DISKETTE (ASCII / E-TRAN) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE | 3.5 | 35.00 | 122.50 |
| BARBARA SMITH, CSR | | | |

1. Case Name: *Janusz v. City*
2. Case Number: *03 C 4402*
3. Client Dept: *Police*
4. Atty Signature: _____
5. Date Approved: *7/19/06*
6. Law Dept. Division: *IDL*

JUL 1 8 2006

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 61233 | PAYABLE UPON RECEIPT | Total | $568.25 |
|---|---|---|---|---|

E-mail  ubainc@earthlink.net        Web Site  www.urlaubbowenandassociates.com

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

**FIRM**

ASSISTANT CORPORATION COUNSEL
POLICE POLICY
30 N LASALLE ST STE 1600
CHICAGO, IL 60602-2502
MS. DIANE COHEN

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 63306 | 2/9/2007 | 300 |

| TOTAL | $923.64 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**      ERVIN LOFTIS      01/18/2007

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| CITY TRANSCRIPT ORIGINAL 01/18/2007 DEPOSITION | 258 | 3.58 | 923.64 |
| JACQUELINE PIETRZYK, CSR | | | |

PLEASE UPDATE YOUR RECORDS, OUR NEW ADDRESS
EFFECTIVE 11/27/2006
20 N CLARK ST STE 1260
CHICAGO, IL 60602

*(handwritten)* Janusz v/m 03 C 4402

1. Case Name:
2. Case Number:
3. Client Dept: CPD
4. Atty Signature: *(signature)*
5. Date Approved: 2-15-0-
6. Law Dept. Division: PPL

FEB 1 4 2007

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

**REMIT PAYMENT TO**

URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

| INVOICE # | PAYABLE UPON RECEIPT | Total | $923.64 |
|---|---|---|---|
| 63306 | | | |

E-mail   urlaubbowen@sbcglobal.net      Web Site

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502
MS. STACY BENJAMIN

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 63050 | 1/19/2007 | 300 |

| TOTAL | $885.28 | PAYABLE  UPON RECEIPT |
|---|---|---|

| CAUSE |
|---|

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**          DAVID LIPKIN M.D., VOL II                    11/15/2006

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| CITY TRANSCRIPT ORIGINAL | 208 | 3.25 | 676.00 |
| 11/15/2006  RESUMED CONFIDENTIAL DEPOSITION OF, VOLUME II | | | |
| CITY CONDENSCRIPT | 208 | 0.16 | 33.28 |
| CITY COMPACT DISKETTE (CD) | 1 | 22.00 | 22.00 |
| CITY ATTENDANCE | 4 | 38.50 | 154.00 |

LISA PICCIANO FELLIS, CSR, RPR

PLEASE UPDATE YOUR RECORDS, OUR NEW ADDRESS
EFFECTIVE 11/27/2006
20 N CLARK ST  STE 1260
CHICAGO, IL 60602

1. Case Name: _Janusz v. City_
2. Case Number: _03 c 4402 C_
3. Client Dept: _Police_
4. Atty Signature: _[signature]_
5. Date Approved: _1/30/07_
6. Law Dept. Division: _IDL_

JAN 2 1 2007

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

**REMIT PAYMENT TO**

**URLAUB BOWEN & ASSOCIATES, INC.**
PO BOX 64637
CHICAGO, IL 60664-0637

| INVOICE # | **PAYABLE UPON RECEIPT** | **Total** | **$885.28** |
|---|---|---|---|
| 63050 | | | |

E-mail  urlaubbowen@sbcglobal.net          Web Site

  



# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

## Invoice

**FIRM**

MS. MEG CAREY
ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL 60602-2502

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 64819 | 6/29/2007 | 300 |

| TOTAL | $902.00 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**      GLADYS D'MELLO      05/22/2007

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. MEG CAREY | | | |
| CITY TRANSCRIPT ORIGINAL | 146 | 4.25 | 620.50 |
| 05/22/2007 DEPOSITION OF GLADYS ALICE D'MELLO, MS | | | |
| CITY CONDENSCRIPT | 146 | 0.25 | 36.50 |
| CITY COMPACT DISKETTE (CD) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE | 4.5 | 50.00 | 225.00 |

1. Case Name: *Janusz*
2. Case Number: *03 C 4402*
3. Client Dept: *Police*
4. Atty Signature: *[signature]*
5. Date Approved: *7/1/00*
6. Law Dept. Division: *IDL*

JUL 0 2 2007

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 64819 | **PAYABLE UPON RECEIPT** | Total | $902.00 |
|---|---|---|---|---|

E-mail   urlaubbowen@sbcglobal.net      Web Site

 

| UBA | **URLAUB BOWEN & ASSOCIATES, INC.** |
|---|---|

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

FIRM

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502
MS. MEG CAREY

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 64432 | 5/17/2007 | 300 |

| TOTAL | $128.64 | PAYABLE  UPON  RECEIPT |
|---|---|---|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**          DOROTHY REYNOLDS                    05/14/2007

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. MEG CAREY | | | |
| TRANSCRIPT ORIGINAL | 8 | 3.58 | 28.64 |
| 05/14/207  DEPOSITION OF DOROTHY FAYE REYNOLDS | | | |
| ATTENDANCE (2 Hr MINIMUM) 10 AM | 1 | 100.00 | 100.00 |

1. Case Name: _Janusz v. City_
2. Case Number: _03 C 4402_
3. Client Dept: _Police_
4. Atty Signature: _(signature)_
5. Date Approved: _____
6. Law Dept. Division: _IDL_

MAY 2 1 2007

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 64432 | **PAYABLE UPON RECEIPT** | Total | $128.64 |
|---|---|---|---|---|

E-mail   urlaubbowen@sbcglobal.net          Web Site

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM | |
|------|--|
| ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502<br>MS. MEG CAREY | |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 64431 | 5/17/2007 | 300 |

| TOTAL | $100.00 | PAYABLE UPON<br>RECEIPT |
|-------|---------|--|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**          JOHN BELOVICH          05/15/2007

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| MS. MEG CAREY<br><br>ATTENDANCE W/NO WRITE (2 Hr  MINIMUM)<br>05/15/2007  DEPOSITION OF JOHN BELOVICH | 1 | 100.00 | 100.00 |

1. Case Name: _Janusz v. City_
2. Case Number: _03 C 4402_
3. Client Dept: _Police_
4. Atty Signature: _[signature]_
5. Date Approved: _____
6. Law Dept. Division: _IDC_

MAY 2 1 2007

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>64431 | **PAYABLE<br>UPON<br>RECEIPT** | Total | $100.00 |
|--|--|--|--|--|

E-mail   urlaubbowen@sbcglobal.net          Web Site

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
120 NORTH LaSALLE ST., SUITE 1500  CHICAGO, ILLINOIS  60602-2491
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM |
| --- |
| ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502<br>MS. STACY BENJAMIN |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
| --- | --- | --- |
| 61376 | 7/25/2006 | 300 |

| TOTAL | $246.90 | PAYABLE UPON RECEIPT |
| --- | --- | --- |

| CAUSE |
| --- |

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**          MICHAEL LEE, M.D.          07/07/2006

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
| --- | --- | --- | --- |
| CITY TRANSCRIPT ORIGINAL | 41 | 3.25 | 133.25 |
| 07/07/2006  DEPOSITION | | | |
| CITY CONDENSCRIPT | 41 | 0.15 | 6.15 |
| CITY DISKETTE (ASCII / E-TRAN) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE | 2.5 | 35.00 | 87.50 |
| MARCIA YOSHIZUMI, CSR | | | |

1. Case Name: _Janusz v. City_
2. Case Number: _03 C 4402_
3. Client Dept: _PRG U_
4. Atty Signature: _[signature]_
5. Date Approved: _8/2/06_
6. Law Dept. Division: _ID_

JUL 31 2006

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br>61376 | PAYABLE<br>UPON<br>RECEIPT | Total | $246.90 |
| --- | --- | --- | --- | --- |

E-mail  ubainc@earthlink.net          Web Site  www.urlaubbowenandassociates.com

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
120 NORTH LaSALLE ST., SUITE 1500 CHICAGO, ILLINOIS 60602-2491
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

**FIRM**

ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL 60602-2502
MS. STACY BENJAMIN

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 61375 | 7/25/2006 | 300 |

| TOTAL | $290.60 | PAYABLE UPON RECEIPT |
|-------|---------|------|

| CAUSE |
|-------|

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**      CRYSTAL LEMBKE, M.D.      06/21/2006

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| CITY TRANSCRIPT ORIGINAL | 59 | 3.25 | 191.75 |
| 06/21/2006 DEPOSITION | | | |
| CITY CONDENSCRIPT | 59 | 0.15 | 8.85 |
| CITY DISKETTE (ASCII / E-TRAN) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE (2 Hr MINIMUM) | 1 | 70.00 | 70.00 |
| BARBARA SMITH, CSR | | | |

*(handwritten):*
1. Case Name: Janusz v. City
2. Case Number: 03 C 4402
3. Client Dept: Pol/u
4. Atty Signature: *(signature)*
5. Date Approved: 8/2/06
6. Law Dept. Division: IDL

JUL 31 2006

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 61375 | PAYABLE UPON RECEIPT | Total | $290.60 |
|---|---|---|---|---|

E-mail  ubainc@earthlink.net        Web Site  www.urlaubbowenandassociates.com

  

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

## Invoice

**FIRM**

MS. MEG CAREY
ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL 60602-2502

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 65385 | 9/10/2007 | 300 |

| TOTAL | $845.00 | PAYABLE UPON RECEIPT |
|-------|---------|----------------------|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**      DOROTHY REYNOLDS      08/01/2007

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| MS. MEG CAREY | | | |
| CITY TRANSCRIPT ORIGINAL | 150 | 4.25 | 637.50 |
| 08/01/2007 DEPOSITION OF DOROTHY REYNOLDS | | | |
| CITY CONDENSCRIPT | 150 | 0.25 | 37.50 |
| CITY COMPACT DISKETTE (CD) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE | 3 | 50.00 | 150.00 |

1. Case Name: _Janusz, Thomas_
2. Case Number: _03C-4402_
3. Client Dept: _Police_
4. Atty Signature: _[signature]_
5. Date Approved: _9/9_
6. Law Dept. Division: _FDL_

**SEP 1 2 2007**

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 65385 | **PAYABLE UPON RECEIPT** | Total | $845.00 |
|---|---|---|---|---|

E-mail urlaubbowen@sbcglobal.net      Web Site

  

# UBA    URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM | | |
|---|---|---|
| ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL 60602-2502<br>MS. MEG CAREY | | |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 64677 | 6/14/2007 | 300 |

| TOTAL | $627.50 | PAYABLE UPON RECEIPT |
|---|---|---|

| CAUSE |
|---|

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**          JOHN KEEFE          05/14/2007

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. MEG CAREY | | | |
| CITY TRANSCRIPT ORIGINAL | 135 | 4.25 | 573.75 |
| 05/14/2007  DEPOSITION OF JOHN KEEFE | | | |
| CITY CONDENSCRIPT | 135 | 0.25 | 33.75 |
| CITY COMPACT DISKETTE (CD) | 1 | 20.00 | 20.00 |

*WE NOW OFFER VIDEO CONFERENCING!*

1. Case Name: _Janusz v. City_
2. Case Number: _03 C 4402_
3. Client Dept: _Police_
4. Atty Signature: _Meg Carey_
5. Date Approved: _6/2/07_
6. Law Dept. Division: _IDL_

JUN 18 2007

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>64677 | **PAYABLE<br>UPON<br>RECEIPT** | Total | $627.50 |
|---|---|---|---|---|

E-mail   urlaubbowen@sbcglobal.net          Web Site

  

# UBA — URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM |
| --- |
| ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502<br>MS. MEG CAREY |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
| --- | --- | --- |
| 64710 | 6/14/2007 | 300 |

| TOTAL | $228.00 | PAYABLE  UPON<br>RECEIPT |
| --- | --- | --- |

| CAUSE |
| --- |

**JANUSZ v. CITY OF CHICAGO**

| **03 C 4402** | PAMELA RUGGIERI, Ph.D. | 05/30/2007 |
| --- | --- | --- |

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
| --- | --- | --- | --- |
| MS. MEG CAREY | | | |
| CITY TRANSCRIPT ORIGINAL | 24 | 4.25 | 102.00 |
| 05/30/2007  DEPOSITION OF PAMELA RUGGIERI, Ph.D. | | | |
| CITY CONDENSCRIPT | 24 | 0.25 | 6.00 |
| CITY COMPACT DISKETTE (CD) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE (2 Hr MINIMUM) | 1 | 100.00 | 100.00 |

*WE NOW OFFER VIDEO CONFERENCING!*

1. Case Name: *Janusz v. City*
2. Case Number: *03 C4402*
3. Client Dept: *Police*
4. Atty Signature: *(signature)*
5. Date Approved: *6/21/07*
6. Law Dept. Division: *IDL*

JUN 18 2007

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br>64710 | PAYABLE<br>UPON<br>RECEIPT | Total | $228.00 |
| --- | --- | --- | --- | --- |

E-mail  urlaubbowen@sbcglobal.net        Web Site

  

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 110118MY
Job Date: 01/18/2011
Order Date: 01/18/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

**Invoice #:** 77752
**Inv.Date:** 01/19/2011
**Balance:** $162.00

**Bill To:**
Ms. Margaret A. Carey
Mara S. Georges Corporation Counsel
Appeals and Torts Division
30 N. LaSalle Street
Ste. 800
Chicago, IL 60602

**Action:** Janusz, Thomas
*vs*
City of Chicago, et al.
**Action #:** 03 C 4402
**Rep:** MY
**Cert:** 084-003537

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|----------|-------|-----------|--------|
| 1 | Hearing-NO TAKE | Appearance Court - 2 Hr Min No-Write | 1.00 | $180.00 | $18.00 | $162.00 |

1. Case Name: *Janusz, Thomas*
2. Case Number: *03 C 004402*
3. Client Dept: *Police*
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division: *Torts*

JAN 2 2 2011

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $162.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $162.00 |
| Payment | $0.00 |
| Balance Due | $162.00 |

**Federal Tax I.D.:** 36-3368198     **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Ms. Margaret A. Carey
Mara S. Georges Corporation Counsel
Appeals and Torts Division
30 N. LaSalle Street
Ste. 800
Chicago, IL 60602

**Deliver To:**
Ms. Margaret A. Carey
Mara S. Georges Corporation Counsel
Appeals and Torts Division
30 N. LaSalle Street
Ste. 800
Chicago, IL 60602

## Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

**Invoice #:** 77752
**Inv.Date:** 01/19/2011
**Balance:** $162.00
**Job #:** 110118MY
**Job Date:** 01/18/2011
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM |
|---|
| ASSISTANT CORPORATION COUNSEL |
| INDIVIDUAL DEFENSE LITIGATION |
| 30 N LASALLE ST STE 1400 |
| CHICAGO, IL 60602-2502 |
| MS. MEG CAREY |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 64713 | 6/20/2007 | 300 |

| TOTAL | $1,771.50 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**          THOMAS JANUSZ, VOL I          06/05/2007

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. MEG CAREY | | | |
| CITY TRANSCRIPT ORIGINAL | 317 | 4.25 | 1,347.25 |
| 06/05/2007  DEPOSITION OF THOMAS M. JANUSZ,  VOLUME I | | | |
| CITY CONDENSCRIPT | 317 | 0.25 | 79.25 |
| CITY COMPACT DISKETTE (CD) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE | 6.5 | 50.00 | 325.00 |

1. Case Name: _Janusz v-City_
2. Case Number: _03 Cr 4402_
3. Client Dept: _Police_
4. Atty Signature: _[signature]_
5. Date Approved: _6/29/07_
6. Law Dept. Division: _IDL_

_M. Carey_          JUN 21 2007

**WE NOW OFFER
VIDEO CONFERENCING!**

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 64713 | **PAYABLE UPON RECEIPT** | Total  $1,771.50 |
|---|---|---|---|

E-mail   urlaubbowen@sbcglobal.net          Web Site

 

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

| FIRM |
| --- |
| ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL 60602-2502<br>MS. MEG CAREY |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
| --- | --- | --- |
| 64717 | 6/20/2007 | 300 |

| TOTAL | $1,805.70 | PAYABLE UPON<br>RECEIPT |
| --- | --- | --- |

| CAUSE |
| --- |

| JANUSZ v. CITY OF CHICAGO | | |
| --- | --- | --- |
| 03 C 4402 | THOMAS JANUSZ VOL III | 06/12/2007 |

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
| --- | --- | --- | --- |
| MS. MEG CAREY | | | |
| CITY TRANSCRIPT ORIGINAL EXPEDITED | 293 | 4.65 | 1,362.45 |
| 06/12/2007 RESUMED DEPOSITION OF THOMAS M. | | | |
| JANUSZ, VOLUME III | | | |
| CITY CONDENSCRIPT | 293 | 0.25 | 73.25 |
| CITY COMPACT DISKETTE (CD) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE | 7 | 50.00 | 350.00 |

*WE NOW OFFER VIDEO CONFERENCING!*

1. Case Name: _Janusz v. City_
2. Case Number: _03C-4402_
3. Client Dept: _PF10_
4. Atty Signature: _[signature]_
5. Date Approved: _6/29/07_
6. Law Dept. Division: _IDL_

JUN 21 2007

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>64717 | PAYABLE<br>UPON<br>RECEIPT | Total | $1,805.70 |
| --- | --- | --- | --- | --- |

E-mail   urlaubbowen@sbcglobal.net        Web Site

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM |
| --- |
| ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL 60602-2502<br>MS. MEG CAREY |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
| --- | --- | --- |
| 64715 | 6/20/2007 | 300 |

| TOTAL | $1,742.00 | PAYABLE UPON<br>RECEIPT |
| --- | --- | --- |

| CAUSE |
| --- |

**JANUSZ v. CITY OF CHICAGO**

**03 C 4402**          THOMAS JANUSZ, VOL II          06/06/2007

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
| --- | --- | --- | --- |
| MS. MEG CAREY | | | |
| CITY TRANSCRIPT ORIGINAL | 316 | 4.25 | 1,343.00 |
| 06/06/2007  RESUMED DEPOSITION OF THOMAS M.<br>JANUSZ,  VOLUME II | | | |
| CITY CONDENSCRIPT | 316 | 0.25 | 79.00 |
| CITY COMPACT DISKETTE (CD) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE | 6 | 50.00 | 300.00 |

1. Case Name: _Janusz v. City_
2. Case Number: _03C-4402_
3. Client Dept: _PHrU_
4. Atty Signature: _[signature]_
5. Date Approved: _6/29/07_
6. Law Dept. Division: _IDL_

JUN 2 1 2007

*WE NOW OFFER VIDEO CONFERENCING!*

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>64715 | **PAYABLE<br>UPON<br>RECEIPT** | **Total    $1,742.00** |
| --- | --- | --- | --- |

E-mail   urlaubbowen@sbcglobal.net          Web Site

  

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 200 W JACKSON          **Any Inquiries Call:** 312-386-2200

City Of Chicago

30 N. LaSalle

Suite 1700

Chicago, IL 60602 US

**Attn:** Angelina Fuentes
order person - Shauntelle Reyes

**RECEIVED**

MAR 1 5 2006

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

**Invoice #:** 499393
**Invoice Date:** 13-MAR-06
**Merrill Order #:** 002-976844
**Client Matter #:** Januz vs. City 03C4402
**Date Received:**
**Salesperson:** ATKOCAITIS, JEFF J

**TERMS:**  **DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **RE: 3/1/06 - 1 folder - Cx1** | | |
| | **from David Lipkin** | | |
| 266 | Litigation, Glasswork | $.18 | $47.88 |
| 267 | Litigation, Heavy | $.12 | $32.04 |
| | **Subtotal:** | | **$79.92** |
| | **Messenger and Freight:** | | **$.00** |
| | **Postage and Handling:** | | **$.00** |
| | **Tax:** | | **$.00** |
| | **Total Invoice:** | | **$79.92** |

Please Wire Payment to:

USBank

601 Second Avenue South

Minneapolis, MN 55402

ABA Routing #091 000 022

SWIFT CODE USBKUS44IMT

For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

REMIT TO:

**MERRILL COMMUNICATIONS LLC**

**CM-9638**

**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE

(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :     41-2007271

# MERRILL
# COMMUNICATIONS LLC



**Location: DMS-CHICAGO 200 W JACKSON**

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60602 US

**RECEIVED**

**MAR 0 1 2006**

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

**Attn:** Angelina Fuentes
order person - Shauntelle Reynolds

**Any Inquiries Call: 312-386-2200**

**Invoice #:** 494253
**Invoice Date:** 24-FEB-06
**Merrill Order #:** 002-972141
**Client Matter #:** Janusz vs. City 03C4402 Police
**Date Received:**
**Salesperson:** ATKOCAITIS, JEFF J

---

**TERMS: DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **RE: 2/17/06 - 1 file - Cx1** | | |
| | **from Carl Wahlstorm's Office** | | |
| 234 | Litigation, Heavy | $.12 | $28.08 |

| | | |
|---|---|---|
| **Subtotal:** | | $28.08 |
| **Messenger and Freight:** | | $.00 |
| **Postage and Handling:** | | $.00 |
| **Tax:** | | $.00 |
| **Total Invoice:** | | $28.08 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

---

REMIT TO:

**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 200 W JACKSON

**Any Inquiries Call: 312-386-2200**

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60602 US
**Attn:** Angelina Fuentes
order person - Shauntelle Reynolds

*Carey*

**Invoice #:** 516727
**Invoice Date:** 24-APR-06
**Merrill Order #:** 002-897547
**Client Matter #:** Janusz 03C4402
**Date Received:**
**Salesperson:** ATKOCAITIS, JEFF J

---

**TERMS:** **DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | RE: 4/14/06 - Law Office of Jim Kenny | | |
| 343 | Litigation, Heavy | $.12 | $41.16 |
| | 1. Case Name: _____ | | |
| | 2. Case Number: _____ Subtotal: | | $41.16 |
| | 3. Client Dept: _____ Messenger and Freight: | | $.00 |
| | 4. Atty Signature: _____ Postage and Handling: | | $.00 |
| | 5. Date Approved: _____ Tax: | | $.00 |
| | 6. Law Dept. Division: _____ Total Invoice: | | $41.16 |
| | JUN 15 2006 | | |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

---

REMIT TO:
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271



# MERRILL
# COMMUNICATIONS LLC

**Location:** DMS-CHICAGO 200 W JACKSON

**Any Inquiries Call: 312-386-2200**

City Of Chicago
30 N. LaSalle
Floor 17
Chicago, IL 60606 US
**Attn:** Angelina Fuentes
Ordered by: Jill Antonucci White

**Invoice #:** 607266
**Invoice Date:** 26-JAN-07
**Merrill Order #:** 002-1102755
**Client Matter #:** 03 C 4402
**Date Received:**
**Salesperson:** RYAN, KEVIN

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 8902 | Label, Bates | $.05 | $445.10 |
| 35 | Litigation, 11 x 17 | $.35 | $12.25 |
| 9028 | Litigation, Heavy | $.17 | $1,534.76 |
| 1 | Media, CD Duplication | $25.00 | $25.00 |
| 6 | Media, Video Duplication | $25.00 | $150.00 |

*ACC Margaret Carey*

1. Case Name: JANUSZ v. CITY
2. Case Number: 03 C 4402
3. Client Dept: Law
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division: JDL

**JAN 3 1 2007**

REMIT TO:

**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 200 W JACKSON

**Any Inquiries Call: 312-386-2200**

City Of Chicago
30 N. LaSalle
Suite 900
Chicago, IL 60606 US
**Attn:** Angelina Fuentes
Ordered by Shauntelle Reynolds

**Invoice #:** 583976
**Invoice Date:** 10-NOV-06
**Merrill Order #:** 002-1077819
**Client Matter #:** 03 C 4402
**Date Received:**
**Salesperson:** RYAN, KEVIN

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------------|-----------|-------|
| 6037 | Label, Bates | $.05 | $301.85 |
| 15 | Litigation, 11 x 17 | $.35 | $5.25 |
| 5898 | Litigation, Heavy | $.12 | $707.76 |
| 3 | Media, CD Duplication | $25.00 | $75.00 |
| 3 | Media, CD Master | $25.00 | $75.00 |
| 95 | Tabs, Index | $.25 | $23.75 |

1. Case Name: Jones v. City et al
2. Case Number: 03 C 4402
3. Client Dept: POLICE
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division: IDL

6. Law Dept. Division:

16 2006

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

REMIT TO:

**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

FEDERAL TAX ID : 41-2007271

Page 1 of 2

# MERRILL
# COMMUNICATIONS LLC



| | |
|---|---|
| **Location:** DMS-CHICAGO 250 S WACKER | **Any Inquiries Call: 312-454-8500** |

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60602 US
**Attn:** Angelina Fuentes
order person - Shauntelle Reynolds, *Paralegal*

**Invoice #:** 421507
**Invoice Date:** 27-JUN-05
**Merrill Order #:** 002-870713
**Client Matter #:** Janusz vs. City 03C4402
**Date Received:**
**Salesperson:** ATKOCAITIS, JEFF J

---

**TERMS:** **DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **RE: 6/21/05 - 1 Box - Cx1 - from Vedder Price** | | |
| 566 | Litigation, Heavy | $.12 | $67.92 |
| | RECEIVED | | |
| | JUL 0 5 2005 | Subtotal: | $67.92 |
| | CORPORATION COUNSEL Messenger and Freight: | | $.00 |
| | ADMINISTRATIVE SERVICES Postage: | | $.00 |
| | Tax: | | $.00 |
| | | Total Invoice: | $67.92 |

*Meg Carey*
*S.C.C.*
*Police*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

---

REMIT TO:

MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

Page 1 of 1

# SHELTON REPORTING

**Certified Shorthand Reporters**



821 South Stockton Road
Stockton, IL 61085
(815) 947-3141

Attorney Patricia Kendall
Special Assistant Corporation Counsel
30 North LaSalle Street
Room 1400
Chicago, IL 60602

Invoice Date: 11/30/06
Invoice Number: 91309-C

RE: Thomas M. Janusz vs. City of Chicago, et al.
Case No. 03 C 4402

10/30/06   Transcript (copy)  109 pages
             Videotape Deposition of John Grizzoffi    TOTAL  $190.75

THANK YOU

Make Checks Payable To:
Shelton Reporting

Employer Identification No. 36-3680308

Payment in full due 30 days from date of invoice

**CHARITA CHANCELLOR**
**OFFICIAL COURT REPORTER**
**69 WEST WASHINGTON ROOM 900 Rear**
**CHICAGO, ILLINOIS 60602**
**PHONE: (312) 603-8401**
**DATE: November 15, 2004**

**TO:** **Shaunt Reynolds**
**Corporation Counsel**
**30 North LaSalle**
**Chicago, IL**
**Phone: (312) 744-5127**

**RE: People vs Janusz Thomas**        **DATE OF HEARING: 12-7-01**
**01 MC1 153334**

**PAGES: 3**

**Rate: $3.15**

**AMOUNT DUE: $9.45**

12/1/04
ok to pay
client: POLC

**THANK YOU**



J ANUSZ v. City

Susan E. Sullivan

 **SHELTON REPORTING**

Certified Shorthand Reporters

 

821 South Stockton Road
Stockton, IL 61085
(815) 947-3141

Attorney Margaret A. Carey
City of Chicago
Department of Law
Room 1400
30 North LaSalle Street
Chicago, IL  60602

Invoice Date:  11/30/06
Invoice Number:  91309-B

RE:   Thomas M. Janusz vs. City of Chicago, et al.
      Case No. 03 C 4402

10/30/06  Transcript (copy)  109 pages
          Videotape Deposition of John Grizzoffi     TOTAL  $190.75

THANK YOU

Make Checks Payable To:
Shelton Reporting

Employer Identification No. 36-3680308

Payment in full due 30 days from date of invoice



**Innovative Litigation Solutions**

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/30/2012 | 80010675 |

| Bill To |
|---------|
| City of Chicago<br>Attn: Darwin Olortegui<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 1/27/2012 | 1201-318 | Janusz |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| OCR Conversion | 2,740 | 0.04 | 109.60 |
| Image Import Fee | 2,740 | 0.01 | 27.40 |
| CD Creation | 1 | 25.00 | 25.00 |
| CD Duplication | 1 | 15.00 | 15.00 |
| | | | |
| Volume: | | | |
| TJJG_001 | | | |

1. Case Name: _Janusz v. City_
2. Case #: _03C 4402_
3. Client Dept.: _Police_
4. Atty Signature: _____
5. Date Approved: _2/1/12_
6. Law Dept. Division: _FCKL_

| Total | $177.00 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $177.00 |



INTEGRATED
eSOLUTIONS

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/17/2010 | 80004753 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| City of Chicago<br>Attn: Melanie Nelson<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 9/7/2010 | 1009-049 | Janusz |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 7,723 | 0.12 | 926.76 |
| OCR Conversion | 7,723 | 0.03 | 231.69 |
| Page Branding | 7 | 0.01 | 0.07 |
| Document Coding | 233 | 1.00 | 233.00 |
| CD/DVD Creation | 1 | 25.00 | 25.00 |
| | | | |
| Bates range:<br>DEP000001 - DEP007723 | | | |
| | | | |
| Volume:<br>DEP_001 | | | |

*Janusz v. City*
*03 C 4402*
*Police*

*5/17/11*

| Total | $1,416.52 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,416.52 |