# IDEX ™     *Background Services Invoice*    **509,562**



Box 12426, Overland Park, KS 66282-2426     **(913) 341-4000   1-800-521-5596   FAX (913) 341-1050**

Date: 02/06/2006     ST:FIRM

IDEX TAX ID NUMBER: 48-0989750

Attorney: MARGARET A CAREY
Requester: MARGARET A CAREY
    Firm: CITY OF CHICAGO LEGAL DEPT
IDEX Member Number: 279-000

**RECEIVED**

MAR 0 3 2006

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

RE:     Claim Number -- **NOT SUPPLIED**
        Plaintiff ----- **JANUSZ, THOMAS**
        Defendant ----- **CITY OF CHICAGO; ET AL**

EXPERT WITNESS: **ANGELOS HALARIS**

| Transaction No. | Transaction Type | Services Ordered<br>Description | Charge |
|---|---|---|---|
| 2,478,088 | ARTICLE BY SRCH | SEARCH OF ARTICLES, ETC. BY | $40.00 |
| 2,478,089 | ARTICLE BY LIST | LIST OF ARTICLES, ETC. BY | $.00 |
| 2,478,090 | ARTICLE NM SRCH | SEARCH OF ARTICLES, ETC. NAMING | $40.00 |
| 2,478,091 | ARTICLE NM LIST | LIST OF ARTICLES, ETC. NAMING | $5.00 |
| 2,478,092 | PROF DISC SRCH | PROFESSIONAL STANDING/DISCIP. ACTIONS | $30.00 |

TOTAL CHARGE:     $115.00



# IDEX™

**Box 12426, Overland Park, KS 66282-2426**

(913) 341-4000 · 1-800-521-5596   FAX (913) 341-1050

Date: 02/02/2006    ST:FIRM

IDEX TAX ID NUMBER: 48-0989750

Attorney: MARGARET A CAREY
Requester: MARGARET A CAREY
  Firm: CITY OF CHICAGO LEGAL DEPT
IDEX Member Number: 279-000

**RECEIVED**

MAR 0 3 2006

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

RE:    Claim Number -- **NOT SUPPLIED**
      Plaintiff ----- **JANUSZ, THOMAS**
      Defendant ----- **CITY OF CHICAGO; ET AL**

EXPERT WITNESS: **ANGELOS HALARIS**

| Transaction No. | Transaction Type | Services Ordered<br>Description | Charge |
|---|---|---|---|
| 2,477,265 | TESTIMONIAL HIS | TESTIMONIAL HISTORY REPORT | $70.00 |
| | | TOTAL CHARGE: | $70.00 |



# IDEX™  *Challenge Expert Services Invoice*  **509,134**

Box 12426, Overland Park, KS 66282-2426     (913) 341-4000   1-800-521-5596   FAX (913) 341-1050

Date: 02/02/2006        ST:FIRM

IDEX TAX ID NUMBER: 48-0989750


 Attorney: MARGARET A CAREY
Requester: MARGARET A CAREY
     Firm: CITY OF CHICAGO LEGAL DEPT
IDEX Member Number: 279-000

RE:    Claim Number -- **NOT SUPPLIED**
       Plaintiff ----- **JANUSZ, THOMAS**
       Defendant ----- **CITY OF CHICAGO; ET AL**

**RECEIVED**

MAR 0 3 2006

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

EXPERT WITNESS: **ANGELOS HALARIS**

| Transaction No. | Transaction Type | Services Ordered<br>Description | Charge |
| --- | --- | --- | --- |
| 2,477,258 | CHALLENGE SRCH | CHALLENGES TO EXCLUDE EXPERT | $40.00 |
| | | TOTAL CHARGE: | $40.00 |

# LEGAL-EASE
# Video Services

1335 West Howard
Chicago, IL 60626
(773)262-4472 phone
VIDEODEP@aol.com
T.I.D.#  31 38681 68



| SERVICE FOR | | |
|---|---|---|
| | Date: | 11/27/06 |
| | Time: | 9:30a.m. – 12:56p.m. |
| | **Case:** | **Janusz vs. City of Chicago** |
| | **Witness:** | **Parris George** |
| | Shot At: | 11 South LaSalle |
| | | Suite 1600 |
| | | Chicago, IL 60603 |
| | **Attorney:** | **Margaret Carey** |

| BILL TO | |
|---|---|
| | Margaret Carey |
| | City of Chicago |
| | 30 North LaSalle |
| | Suite 1600 |
| | Chicago, IL 60602 |

**CHARGES**

| | |
|---|---|
| Video | |
| First Hour | $  0.00 |
| 2.5 Hours | 0.00 |
| | |
| Copies | |
| 1 DVD copy, 3 hours | 225.00 |
| | |
| Delivery | |
| | 0.00 |

| TOTAL | $ 225.00 | NET30 |
|---|---|---|

*white copy – customer*      *blue copy -* LEGAL-EASE

****Please send payment to:*
LEGAL-EASE
Video Services
1335 West Howard
Chicago, IL  60626

Payment is appreciated within 30 days of service.



# LEGAL-EASE
# Video Services

1335 West Howard
Chicago, IL 60626
(773)262-4472 phone
VIDEODEP@aol.com
T.I.D.# 31 38681 68

| **SERVICE FOR** | Date: | 11/22/06 |
|---|---|---|
| | Time: | 11:40a.m. – 3:43p.m.    (60 minute lunch) |
| | **Case:** | **Janusz vs. City of Chicago** |
| | **Witnesses:** | **Daniel Morizzo, Anthony Morizzo** |
| | Shot At: | 11 South LaSalle |
| | | Suite 1600 |
| | | Chicago, IL 60603 |
| | **Attorney:** | **Margaret Carey** |

| **BILL TO** | Margaret Carey |
|---|---|
| | City of Chicago |
| | 30 North LaSalle |
| | Suite 1600 |
| | Chicago, IL 60602 |

**CHARGES**

| | | |
|---|---|---|
| <u>Video</u> | | |
| First Hour | $ | 0.00 |
| 2.5 Hours | | 0.00 |
| | | |
| <u>Copies</u> | | |
| 1 DVD copy, 3 hours | | 225.00 |
| | | |
| <u>Delivery</u> | | |
| | | 0.00 |

| **TOTAL** | **$ 225.00** | NET30 |
|---|---|---|

*white copy – customer*                    blue copy - LEGAL-EASE

****Please send payment to:*
LEGAL-EASE
Video Services
1335 West Howard
Chicago, IL  60626

Payment is appreciated within 30 days of service.

# LEGAL-EASE
# Video Services

1335 West Howard
Chicago, IL 60626
(773)262-4472 phone
VIDEODEP@aol.com
T.I.D.# 31 38681 68



| SERVICE FOR | | |
|---|---|---|
| | Date: | 11/20/06 |
| | Time: | 9:00a.m. – 3:11p.m.　(45 minute lunch) |
| | Case: | Janusz vs. City of Chicago |
| | **Witness:** | **Alan Lucas** |
| | Shot At: | 11 South LaSalle |
| | | Suite 1600 |
| | | Chicago, IL 60603 |
| | Attorney: | **Margaret Carey** |

| BILL TO | |
|---|---|
| | Margaret Carey |
| | City of Chicago |
| | 30 North LaSalle |
| | Suite 1400 |
| | Chicago, IL 60602 |

## CHARGES

| | | |
|---|---|---|
| <u>Video</u> | | |
| First Hour | $ 0.00 | |
| 4.5 Hours | 0.00 | |
| | | |
| <u>Copies</u> | | |
| 1 DVD copy, 4.5 hours | 337.50 | |
| | | |
| <u>Delivery</u> | | |
| | 0.00 | |

| TOTAL | $ 337.50 | NET30 |
|---|---|---|

*white copy – customer*　　　　　　　*blue copy - LEGAL-EASE*

****Please send payment to:*
LEGAL-EASE
Video Services
1335 West Howard
Chicago, IL 60626

Payment is appreciated within 30 days of service.

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292   Fax  (312) 419-9294

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 3449 | 12/05/2006 | 01-2606 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/20/2006 | BERKSH | 03 C 4402 |
| **CASE CAPTION** | | |
| JANUSZ VS. CITY OF CHICAGO | | |
| **TERMS** | | |
| Net 15 | | |

MARGARET A. CAREY
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  ALAN LUCAS                        284 Pages               653.20
       CONDENSED BOOKLET                                      25.00
       DELIVERY                                               10.00

                          TOTAL  DUE  >>>>                   688.20
```

1. Case Name: _Janusz v. City_
2. Case Number: _03 C 4402_
3. Client Dept: _Police_
4. Atty Signature: _____
5. Date Approved: _12.21.06_
6. Law Dept. Division: _IDL_

DEC 1 8 2006

TAX ID NO.:  14-1901135                                    (312) 744-9074

*Please detach bottom portion and return with payment.*

MARGARET A. CAREY
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

```
Invoice No.:  3449
Date      :  12/05/2006
TOTAL DUE  :     688.20


Job No.   :  01-2606
Case No.  :  03 C 4402
JANUSZ VS. CITY OF CHICAGO
```

Remit To:   **L.A. REPORTING & VIDEOCONFERENCING, INC.**
            **29 SOUTH LASALLE**
            **SUITE 850**
            **CHICAGO, IL 60603**

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292   Fax  (312) 419-9294

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 844 | 03/29/2006 | 01-675 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/15/2006 | MANGTA | |

| CASE CAPTION |
|---|
| JANUSZ VS. CITY OF CHICAGO |

| TERMS |
|---|
| Net 15 |

STACY A. BENJAMIN
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 800
CHICAGO, IL 60602

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    OFFICER THOMAS RILEY              40 Pages                      92.00
        DELIVERY                                                    10.00
                                                                   _____
                                        TOTAL  DUE  >>>>            102.00
```

THANK YOU FOR YOUR BUSINESS.  FOR YOUR CONVIENENCE, WE ALSO TAKE MASTERCARD & VISA.

1. Case Name: _Janusz v. City_
2. Case Number: _036.4402_
3. Client Dept: _Police_
4. Atty Signature: _____
5. Date Approved: _3/1/06_
6. Law Dept. Division: _IX_

APR 2 4 2006

TAX ID NO. :  14-1901135                                    (312) 744-9074

*Please detach bottom portion and return with payment.*

STACY A. BENJAMIN
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 800
CHICAGO, IL 60602

```
Invoice No.:  844
Date      :  03/29/2006
TOTAL DUE  :    102.00


Job No.   :  01-675
Case No.  :
JANUSZ VS. CITY OF CHICAGO
```

Remit To:  **L.A. REPORTING & VIDEOCONFERENCING, INC.**
           **29 SOUTH LASALLE**
           **SUITE 850**
           **CHICAGO, IL 60603**

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292   Fax (312) 419-9294

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1108 | 04/27/2006 | 01-810 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/03/2006 | MANGTA | |

| CASE CAPTION | | |
|---|---|---|
| JANUSZ VS. CITY OF CHICAGO | | |

| TERMS |
|---|
| Net 15 |

MARGARET A. CAREY
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 800
CHICAGO, IL 60602

1 CERTIFIED COPY OF TRANSCRIPT OF:
   JOSEPH PORESBSKI          66 Pages        151.80
       CONDENSED BOOKLET            25.00
       DELIVERY                  10.00

                 TOTAL   DUE   >>>>       186.80

THANK YOU FOR YOUR BUSINESS.   FOR YOUR CONVENIENCE, WE ALSO TAKE MASTERCARD & VISA.

1. Case Name: _____
2. Case Number: _63C4407_
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

**MAY 0 2 2006**

TAX ID NO.: 14-1901135                           (312) 744-9074

*Please detach bottom portion and return with payment.*

MARGARET A. CAREY
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 800
CHICAGO, IL 60602

Invoice No.:  1108
Date      :  04/27/2006
**TOTAL DUE**  :    **186.80**

Job No.     :  01-810
Case No.    :
JANUSZ VS. CITY OF CHICAGO

Remit To:   **L.A. REPORTING & VIDEOCONFERENCING, INC.**
               **29 SOUTH LASALLE**
               **SUITE 850**
               **CHICAGO, IL 60603**

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292   Fax  (312) 419-9294

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1014 | 04/19/2006 | 01-811 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/04/2006 | BAUEJU | |

| CASE CAPTION |
|---|
| JANUSZ VS. CITY OF CHICAGO |

| TERMS |
|---|
| Net 15 |

MARGARET A. CAREY
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 800
CHICAGO, IL 60602

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
     LAWRENCE SNEED              52 Pages              119.60
          CONDENSED BOOKLET                             25.00
          DELIVERY                                      10.00
                                                     ─────────
                            TOTAL   DUE   >>>>         154.60
```

THANK YOU FOR YOUR BUSINESS.  FOR YOUR CONVENIENCE, WE ALSO TAKE MASTERCARD & VISA.

1. Case Name: _Janusz_
2. Case Number: _03C_
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 2 4 2006

TAX ID NO. :  14-1901135                                 (312) 744-9074

*Please detach bottom portion and return with payment.*

MARGARET A. CAREY
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 800
CHICAGO, IL 60602

```
Invoice No.:  1014
Date       :  04/19/2006
TOTAL DUE  :     154.60


Job No.    :  01-811
Case No.   :
JANUSZ VS. CITY OF CHICAGO
```

Remit To:   **L.A. REPORTING & VIDEOCONFERENCING, INC.**
            **29 SOUTH LASALLE**
            **SUITE 850**
            **CHICAGO, IL 60603**

# INVOICE

L.A. COURT REPORTERS, LLC.
8 WEST MONROE STREET
SUITE 2007
CHICAGO, IL 60603
Phone:312-419-9292   Fax:312-419-9294

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17914 | 10/23/2013 | 12325 |

| Job Date | Case No. | |
|---|---|---|
| 5/8/2012 | 2007 L 000456 | |

| Case Name | | |
|---|---|---|
| JANUSZ V GRIZZOSSI | | |

| Payment Terms | | |
|---|---|---|
| Net 15 | | |

ANGELINA FUENTES
CITY OF CHICAGO
30 NORTH LASALLE ST
SUITE 1700
CHICAGO, IL 60602

1 COPY OF TRANSCRIPT OF:

    JOSAPHINE LUCAS          62.00 Pages         161.20

**TOTAL DUE >>>**      **$161.20**

Ordered By    : JOSH ENGQUINST
                 CITY OF CHICAGO
                 30 NORTH LASALLE ST
                 SUITE 1700
                 CHICAGO, IL 60602

THANK YOU FOR YOUR BUSINESS. PLEASE MAKE CHECK PAYABLE TO L.A. COURT REPORTERS, LLC.   ALSO FOR YOUR CONVENIENCE,
WE TAKE ALL MAJOR CREDIT CARDS.
NOTE: A 2.5% INTEREST CHARGE WILL BE APPLIED PER MONTH PAST DUE.

1. Case Name: _Janusz_
2. Case Number: _03 C 4402_
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _11/4/13_
6. Law Dept. Division: _FCL_

OCT 29 2013

Tax ID: 27-0986977                  Phone: 312-744-9074    Fa

*Please detach bottom portion and return with payment.*

ANGELINA FUENTES
CITY OF CHICAGO
30 NORTH LASALLE ST
SUITE 1700
CHICAGO, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 17914 |
| Invoice Date | : | 10/23/2013 |
| **Total Due** | : | **$ 161.20** |

Remit To: **L.A. COURT REPORTERS, LLC.**
          **8 WEST MONROE STREET**
          **SUITE 2007**
          **CHICAGO, IL 60603**

| | | |
|---|---|---|
| Job No. | : | 12325 |
| BU ID | : | 1-NEW |
| Case No. | : | 2007 L 000456 |
| Case Name | : | JANUSZ V GRIZZOSSI |

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292    Fax (312) 419-9294

CORPORATION
ROOM
30 NORTH

07 JAN 29   A   57

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 3718 | 01/09/2007 | 01-2607 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/27/2006 | ANDRDE | 03 C 4402 |

| CASE CAPTION |
|---|
| JANUSZ VS. CITY OF CHICAGO |

| TERMS |
|---|
| Net 15 |

*Pude 1400*

MARGARET CAREY
ASSISANT CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE ~~850~~
CHICAGO, IL 60602

1 CERTIFIED COPY OF TRANSCRIPT OF:        169 Pages              368.70
   PARRIS GEORGE                                                  10.00
      DELIVERY

                                      TOTAL   DUE   >>>>           398.70

THANK YOU FOR YOUR BUSINESS.  FOR YOUR CONVENIENCE, WE ALSO TAKE MASTERCARD & VISA.

1. Case Name: *Janusz v. City.*
2. Case Number: *03 C 4402.*
3. Client Dept: __POLICE__
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: __IDL__

TAX ID NO.: 14-1901135                    (312) 744-1975    Fax (312) 744-1974

*Please detach bottom portion and return with payment.*

MARGARET CAREY
ASSISANT CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 800
CHICAGO, IL 60602

Invoice No.:  3718
Date       :  01/09/2007
TOTAL  DUE  :   398.70


Job No.   :  01-2607
Case No.  :  03 C 4402
JANUSZ VS. CITY OF CHICAGO

Remit To:   **L.A. REPORTING & VIDEOCONFERENCING, INC.**
            **29 SOUTH LASALLE**
            **SUITE 850**
            **CHICAGO, IL 60603**

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292   Fax (312) 419-9294

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 3596 | 12/26/2006 | 01-2574 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/22/2006 | ORTOMA | 03 C 4402 |

| CASE CAPTION |
|---|
| JANUSZ VS. CITY OF CHICAGO |

| TERMS |
|---|
| Net 15 |

ANGELINA FUENTES
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

*S. Benjamin*

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   ANTHONY MORIZZO                    115 Pages              264.50

1 CERTIFIED COPY OF TRANSCRIPT OF:
   DANIEL MORIZZO                      47 Pages              108.10
         DELIVERY                                             10.00
                                                          ----------
                              TOTAL   DUE   >>>>            382.60

THANK YOU FOR YOUR BUSINESS.  FOR YOUR CONVENIENCE, WE ALSO TAKE MASTERCARD & VISA.
```

1. Case Name: *Janusz v. City*
2. Case Number: *03 C 4402*
3. Client Dept:
4. Atty Signature:
5. Date Approved: *2/14/07*
6. Law Dept. Division: *102*

**JAN 31 2007**

TAX ID NO.:  14-1901135                                    (312) 744-9074

*Please detach bottom portion and return with payment.*

ANGELINA FUENTES
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

```
Invoice No.: 3596
Date       : 12/26/2006
TOTAL DUE  :    382.60



Job No.   : 01-2574
Case No.  : 03 C 4402
JANUSZ VS. CITY OF CHICAGO
```

Remit To:   **L.A. REPORTING & VIDEOCONFERENCING, INC.**
            **29 SOUTH LASALLE**
            **SUITE 850**
            **CHICAGO, IL 60603**

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292   Fax  (312) 419-9294

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 5185 | 07/06/2007 | 01-3842 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/27/2007 | SCLATA | 03 L 008543 |

| CASE CAPTION |
|---|
| JANUSZ VS. KEYSTONE ILLINOIS, INC. |
| **TERMS** |
| Net 15 |

ANGELINA FUENTES
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

1 CERTIFIED COPY OF TRANSCRIPT OF:
    ROBERT HORN                                    39 Pages                        89.70
                                                                                   _____
                                                   TOTAL  DUE  >>>>                 89.70

THANK YOU FOR YOUR BUSINESS.  FOR YOUR CONVENIENCE, WE ALSO TAKE MASTERCARD & VISA.

ORDERED BY: STACY A. BENJAMIN
            CITY OF CHICAGO
            30 N. LASALLE ST.
            SUITE 1700
            CHICAGO, IL 60602

1. Case Name: _Janusz_
2. Case Number: _03C-4402_
3. Client Dept: _Police_
4. Atty Signature: _____
5. Date Approved: _7/8/07_
   Law Dept. Division: _IDL_

JUL 1 1 2007

TAX ID NO.: 14-1901135                                              (312) 744-9074

*Please detach bottom portion and return with payment.*

ANGELINA FUENTES
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

Invoice No.:  5185
Date        :  07/06/2007
**TOTAL  DUE**  :        89.70


Job No.    :  01-3842
Case No.   :  03 L 008543
JANUSZ VS. KEYSTONE ILLINOIS, INC.

Remit To:   **L.A. REPORTING & VIDEOCONFERENCING, INC.**
            **29 SOUTH LASALLE**
            **SUITE 850**
            **CHICAGO, IL 60603**

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292   Fax (312) 419-9294

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 5182 | 07/06/2007 | 01-3841 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/26/2007 | SCLATA | 03 L 008543 |

| CASE CAPTION | | |
|---|---|---|
| JANUSZ VS. KEYSTONE ILLINOIS, INC. | | |

| TERMS | | |
|---|---|---|
| Net 15 | | |

ANGELINA FUENTES
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  BRENT VON HORN              164 Pages            377.20
1 CERTIFIED COPY OF TRANSCRIPT OF:
  STEVEN A. TIDWELL           77 Pages             177.10
        DELIVERY                                    10.00
                                                   ───────
                           TOTAL   DUE  >>>>        564.30
```

THANK YOU FOR YOUR BUSINESS.  FOR YOUR CONVENIENCE, WE ALSO TAKE MASTERCARD & VISA.

```
ORDERED BY:  STACY A. BENJAMIN
             CITY OF CHICAGO
             30 N. LASALLE ST.
             SUITE 1700
             CHICAGO, IL 60602
```

Case = Janusz
# = 03C 4402
Atty Sig. _____
Date Approved _7/18/07_
Law Dept. Div. _IDL_

**TAX ID NO. :** 14-1901135                                (312) 744-9074

*Please detach bottom portion and return with payment.*

ANGELINA FUENTES
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

Invoice No.:  5182
Date      :  07/06/2007
**TOTAL DUE :**    564.30

Job No.    :  01-3841
Case No.   :  03 L 008543
JANUSZ VS. KEYSTONE ILLINOIS, INC.

Remit To:   **L.A. REPORTING & VIDEOCONFERENCING, INC.**
            **29 SOUTH LASALLE**
            **SUITE 850**
            **CHICAGO, IL 60603**

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292   Fax (312) 419-9294

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1342 | 05/23/2006 | 01-1086 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/05/2006 | BAUEJU | 03 C 4402 |

| CASE CAPTION |
|---|
| JANUSZ VS. CITY OF CHICAGO |

| TERMS |
|---|
| Net 15 |

MARGARET A. CAREY
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| AMY LUCAS | 86 Pages | 197.80 |
| CONDENSED BOOKLET | | 25.00 |
| DELIVERY | | 10.00 |
| | TOTAL DUE >>>> | 232.80 |

THANK YOU FOR YOUR BUSINESS.  FOR YOUR CONVENIENCE, WE ALSO TAKE MASTERCARD & VISA.

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUN 0 1 2006



TAX ID NO. : 14-1901135

(312) 744-9074

*Please detach bottom portion and return with payment.*

MARGARET A. CAREY
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

Invoice No.: 1342
Date       : 05/23/2006
**TOTAL DUE** :    232.80

Job No.   : 01-1086
Case No.  : 03 C 4402
JANUSZ VS. CITY OF CHICAGO

Remit To:   **L.A. REPORTING & VIDEOCONFERENCING, INC.**
**29 SOUTH LASALLE**
**SUITE 850**
**CHICAGO, IL 60603**

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292   Fax (312) 419-9294

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1246 | 05/15/2006 | 01-1032 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/28/2006 | MANZMA | 03 C 4402 |

| CASE CAPTION |
|---|
| JANUSZ VS. CITY OF CHICAGO |

| TERMS |
|---|
| Net 15 |

MARGARET A. CAREY
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

```
  1 CERTIFIED COPY OF TRANSCRIPT OF:
      JAMES J. BLAUL              85 Pages              195.50
          CONDENSED BOOKLET                              25.00
          DELIVERY                                       10.00
                                                      _____
                          TOTAL   DUE   >>>>            230.50
```

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

RECEIVED

MAY 1 9 2006

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

TAX ID NO.: 14-1901135                                    (312) 744-9074

*Please detach bottom portion and return with payment.*

MARGARET A. CAREY
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

```
Invoice No.:  1246
Date       :  05/15/2006
TOTAL DUE  :     230.50


Job No.    :  01-1032
Case No.   :  03 C 4402
JANUSZ VS. CITY OF CHICAGO
```

Remit To:   **L.A. REPORTING & VIDEOCONFERENCING, INC.**
            **29 SOUTH LASALLE**
            **SUITE 850**
            **CHICAGO, IL 60603**

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292  Fax  (312) 419-9294

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1222 | 05/11/2006 | 01-1019 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/26/2006 | BERKSH | 03 C 4402 |

| CASE CAPTION |
|---|
| JANUSZ VS. CITY OF CHICAGO |

| TERMS |
|---|
| Net 15 |

ANGELINA FUENTES
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    GINA LIBERTI                 188 Pages              432.40
        CONDENSED BOOKLET                                25.00
        DELIVERY                                         10.00
                                                   _____
                              TOTAL   DUE   >>>>       467.40
```

THANK YOU FOR YOUR BUSINESS.  FOR YOUR CONVENIENCE, WE ALSO TAKE MASTERCARD & VISA.

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAY 1 2 2006

NNRC

TAX ID NO.:  14-1901135                                      (312) 744-9074

*Please detach bottom portion and return with payment.*

ANGELINA FUENTES
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

```
Invoice No.:  1222
Date      :  05/11/2006
TOTAL DUE :    467.40


Job No.   :  01-1019
Case No.  :  03 C 4402
JANUSZ VS. CITY OF CHICAGO
```

Remit To:    **L.A. REPORTING & VIDEOCONFERENCING, INC.**
             **29 SOUTH LASALLE**
             **SUITE 850**
             **CHICAGO, IL 60603**

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292   Fax  (312) 419-9294

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 5054 | 06/20/2007 | 01-3876 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/19/2007 | ANDRDE | 03 L 008543 |

| CASE CAPTION |
|---|
| JANUSZ VS. KEYSTONE ILLINOIS, INC. |

| TERMS |
|---|
| Net 15 |

ANGELINA FUENTES
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    ERVIN LOFTUS                    280 Pages              826.00
        DELIVERY                                            10.00

                           TOTAL   DUE   >>>>             836.00

THANK YOU FOR YOUR BUSINESS.  FOR YOUR CONVENIENCE, WE ALSO TAKE MASTERCARD & VISA.

ORDERED BY: DIANE S. COHEN
            CITY OF CHICAGO
            30 N. LASALLE ST.
            SUITE 1700
            CHICAGO, IL 60602
```

1. Case Name: Janusz, Thomas
2. Case Number: 03 C 4402
3. Client Dept: Police
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division: IDC

JUN 28 2007          Corey

TAX ID NO. :  14-1901135                    (312) 744-9074

*Please detach bottom portion and return with payment.*

ANGELINA FUENTES
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

Invoice No.:  5054
Date        :  06/20/2007
TOTAL DUE   :      836.00

Job No.   :  01-3876
Case No.  :  03 L 008543
JANUSZ VS. KEYSTONE ILLINOIS, INC.

Remit To:   L.A. REPORTING & VIDEOCONFERENCING, INC.
            29 SOUTH LASALLE
            SUITE 850
            CHICAGO, IL 60603

L.A. REPORTING & VIDEOCONFERENCING, INC.
29 SOUTH LASALLE
SUITE 850
CHICAGO, IL 60603
(312) 419-9292   Fax  (312) 419-9294

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 5038 | 06/15/2007 | 01-3663 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/24/2007 | BAUEJU | 03 C 4402 |

| CASE CAPTION |
|---|
| JANUSZ VS. CITY OF CHICAGO |

| TERMS |
|---|
| Net 15 |

ANGELINA FUENTES
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

```
 1 CERTIFIED COPY OF TRANSCRIPT OF:
    CASIMIR PAWALEK                     69 Pages            158.70
         DELIVERY                                            10.00

                              TOTAL  DUE  >>>>              168.70

THANK YOU FOR YOUR BUSINESS.  FOR YOUR CONVENIENCE, WE ALSO TAKE MASTERCARD & VISA.

ORDERED BY:  MARGARET A. CAREY
             CITY OF CHICAGO
             30 N. LASALLE ST.
             SUITE 1700
             CHICAGO, IL 60602
```

1. Case Name: _Janusz_
2. Case Number: _03 C 4402_
3. Client Dept: _Police_
4. Atty Signature: _(signature)_
5. Date Approved: _5/7/07_
6. Law Dept. Division: _IDL_

JUN 2 8 2007

TAX ID NO. :  14-1901135                          (312) 744-9074

*Please detach bottom portion and return with payment.*

ANGELINA FUENTES
CITY OF CHICAGO
30 N. LASALLE ST.
SUITE 1700
CHICAGO, IL 60602

```
Invoice No.:  5038
Date      :  06/15/2007
TOTAL DUE :    168.70


Job No.   :  01-3663
Case No.  :  03 C 4402
JANUSZ VS. CITY OF CHICAGO
```

Remit To:   **L.A. REPORTING & VIDEOCONFERENCING, INC.**
            **29 SOUTH LASALLE**
            **SUITE 850**
            **CHICAGO, IL 60603**



# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 402211 | 04/27/2006 | Due upon receipt |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-337101-001 | 04/27/2006 | |

| CASE CAPTION | | |
|---|---|---|
| COPY JOB | | |

180 West Washington Street
Chicago, IL FL 60602
312-236-8352

DIANE COHEN
CORPORATION COUNSEL
30 N. LA SALLE ST.
SUITE 800
CHICAGO, IL 60602

| RECORDS PERTAINING TO | |
|---|---|
| SSN : ***-**-**** | DOB : |



RECORDS FROM

COPY JOB

1 SET OF RECORDS OF

Copy Work (Auto Feed)       1,628 Pages       178.86

TOTAL DUE >>>>       178.86

RE: JANUSZ VS CITY OF CHICAGO    COURT# 03 C 4302
COPIES ARE BEING FORWARD TO JAMES KENNY PER DIANE COHEN
PARALEGAL IL KASHAWNDA SLAUGTHER INSTRUCTION ON 4/25/06

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division:

APR 2 8 2006

TAX ID NO. : 36-2639296                    (312) 744-7150   Fax

*Please detach and return this portion with your payment*

DIANE COHEN
CORPORATION COUNSEL
30 N. LA SALLE ST.
SUITE 800
CHICAGO, IL 60602

Invoice No.:  402211
Date       :  04/27/2006
**TOTAL DUE**  :  $    **178.86**

Order No.  :  01-337101-001
Cause No.  :
COPY JOB

Remit To:   **U.S. Legal Support Inc.**
            **IL Records**
            **PO Box 671083**
            **Dallas, TX 75267-1083**



# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 401662 | 04/24/2006 | Due upon receipt |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-336772-001 | 04/24/2006 | |

| CASE CAPTION |
|---|
| COPY JOB |

| RECORDS PERTAINING TO |
|---|

SSN : \*\*\*-\*\*-\*\*\*\*        DOB :

180 West Washington Street
Chicago, IL FL 60602
312-236-8352

DIANE COHEN
CORPORATION COUNSEL
30 N. LA SALLE ST.
SUITE 800
CHICAGO, IL 60602

## RECORDS FROM

COPY JOB
,

1 SET OF RECORDS OF :

| | | | |
|---|---|---|---|
| Copy Work (Auto Feed) | 1,626 Pages | | 178.86 |
| Bates Numbering | 1,626 | | 97.56 |
| | TOTAL DUE >>>> | | 276.42 |

JANUSZ VS. CITY OF CHICAGO - COURT # 03 C 4402
ORIGINAL AND 1 COPY RETURNED TO CORP. COUNSEL
1 COPY SENT TO COPY CORPS. FOR MR. KENNY AND
HIS COPY WAS BILLED TO HIM DIRECTLY

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 2 8 2006

TAX ID NO. : 36-2639296                    (312) 744-7150   Fax

*Please detach and return this portion with your payment*

DIANE COHEN
CORPORATION COUNSEL
30 N. LA SALLE ST.
SUITE 800
CHICAGO, IL 60602

Invoice No.:  401662
Date      :  04/24/2006
**TOTAL DUE** :  $    276.42

Order No.  :  01-336772-001
Cause No.  :
COPY JOB

Remit To:     **U.S. Legal Support Inc.**
              **IL Records**
              **PO Box 671083**
              **Dallas, TX 75267-1083**



# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 419696 | 08/18/2006 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-335255-006 | 08/03/2006 | 03 C 4402 |

**CASE CAPTION**

THOMAS JANUSZ VS. CITY OF CHICAGO, ET AL.

**RECORDS PERTAINING TO**

THOMAS M. JANUSZ

SSN : ***-**-****        DOB : 02/03/1967

180 West Washington Street
Chicago, IL FL 60602
312-236-8352

MARGARET CAREY
CORPORATION COUNSEL
30 N. LA SALLE ST.
SUITE: 14TH FLOOR
CHICAGO, IL 60602

**RECORDS FROM**

THORNRIDGE FUNERAL HOME    CUSTODIAN OF RECORDS (Employment Records - Any & All)
14318 S. LA GRANGE RD.    ORLAND PARK, IL 60462

1. SET OF Employment Records    Any & All RECORDS OF :
   THOMAS M. JANUSZ

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 48.00 |
| Report | 15.00 |

1. Case Name:                       TOTAL DUE >>>>        53.00
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division:

F1# 03735
CL# 03735

AUG 3 0 2006

TAX ID NO. :  36-2639296             YOUR REF : 03735             (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MARGARET CAREY
CORPORATION COUNSEL
30 N. LA SALLE ST.
SUITE: 14TH FLOOR
CHICAGO, IL 60602

```
Invoice No. :  419696
Date        :  08/18/2006
TOTAL DUE   :  $      53.00


Order No.   :  01-335255-006
Cause No.   :  03 C 4402
THOMAS JANUSZ VS. CITY OF CHICAGO, ET
```

Remit To:    **U.S. Legal Support Inc.**
             **IL Records**
             **PO Box 671083**
             **Dallas, TX 75267-1083**



# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 420481 | 08/23/2006 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-335255-005 | 08/03/2006 | 03 C 4402 |

180 West Washington Street
Chicago, IL FL 60602
312-236-8352

MARGARET CAREY
CORPORATION COUNSEL
30 N. LA SALLE ST.
SUITE: 14TH FLOOR
CHICAGO, IL 60602

| CASE CAPTION |
|---|
| THOMAS JANUSZ VS. CITY OF CHICAGO, ET AL. |

| RECORDS PERTAINING TO |
|---|
| THOMAS M. JANUSZ |
| SSN : ***-**-****          DOB : 02/03/1967 |

| RECORDS FROM |
|---|

BRUST FUNERAL HOME    CUSTODIAN OF RECORDS (Employment Records - Any & All)
415 N. GARY AVE.    CAROL STREAM, IL  60188

1 SET OF Employment Records - Any & All RECORDS OF :
    THOMAS M. JANUSZ

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| 1. Case Name: | 20.00 |
| 2. Case Number: | |
| 3. Client Dept: | TOTAL DUE >>>> 58.00 |
| 4. Atty Signature: | |
| 5. Date Approved: | |
| 6. Law Dept. Division: | |

AUG 3 0 2006

TAX ID NO. :  36-2639296          YOUR REF : 03735          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MARGARET CAREY
CORPORATION COUNSEL
30 N. LA SALLE ST.
SUITE: 14TH FLOOR
CHICAGO, IL 60602

Invoice No.: 420481
Date      : 08/23/2006
**TOTAL DUE** :  $     58.00


Order No.  :  01-335255-005
Cause No.  :  03 C 4402
THOMAS JANUSZ VS. CITY OF CHICAGO, ET

Remit To:    **U.S. Legal Support Inc.**
            **IL Records**
            **PO Box 671083**
            **Dallas, TX 75267-1083**



**MI·TE** RECORD SERVICE®

30 W. WASHINGTON • CHICAGO, IL 60602

# 1-(312)-236-8352

FAX NO. 1-312-236-0809

IRS NO. 36-2639296

IMPORTANT!

YOU MUST INCLUDE ONE COPY OF INVOICE WITH PAYMENT
**TERMS ARE NET 30 DAYS**
PAST DUE INVOICES ARE SUBJECT TO 1.5% PER MONTH SERVICE CHARGE



**MI·TE** RECORD SERVICE®

180 W. WASHINGTON • CHICAGO, IL 60602

```
SOLD
TO      CORPORATION COUNSEL
        30 NORTH LA SALLE ST.
        SUITE: 800
        CHICAGO IL    60602
        ATTN: DIANE COHEN
```

SHIP
TO      CORPORATION COUNSEL
        30 NORTH LA SALLE ST.
        SUITE: 800
        CHICAGO IL    60602
        ATTN: DIANE COHEN

| DATE | COURT NO. | FILE NO. | CLAIM NO. | INVOICE NO. |
|------|-----------|----------|-----------|-------------|
| 3/27/2006 | 03 C 4402 | 03 C 4402 | | INV340779 |

RECORDS OF:
   COPYING 1- BOX OF DOCUMENTS
PER JAMES P. KENNY

CASE NAME
   RE: JANUSZ VS. CITY OF CHICAGO

ADDITIONAL INFORMATION
   2818 PAGES, 1- COPY

SUBPOENA FEE
SERV. OF SUB
AUTH. FEE
REPORT
SERV. REPORT
MICRO-FILM

$281.80

| | TOTAL | $281.80 |

**BLUE PRINTS**
**MICRO-FILM SERVICE**
**X-RAY REPRODUCTION**

*COLOR LASER COPIES*
**OFFSET PRINTING**
**VOLUME XEROX**

**VHS REPRODUCTION**
**PHOTOGRAPHS**
**ON-LOCATION COPYING**

# MI•TE RECORD SERVICE®

180 W. WASHINGTON • CHICAGO, IL 60602

**1-(312)-236-8352**

FAX NO. 1-312-236-0809

IRS NO. 36-2639296

| | |
|---|---|
| SOLD TO | CORPORATION COUNSEL<br>30 NORTH LASALLE<br>SUITE 1400<br>CHICAGO ILLINOIS 60602<br>ATTN: SHAUNTELLE REYNOLDS |

| DATE | COURT NO. | FILE NO. | CLAIM NO. | INVOICE NO. |
|---|---|---|---|---|
| 11/30/04 | 03 C 4402 | | | INV282866 |

RECORDS OF:
IL. STATES ATTORNEY, GRAND
JURY TRANSCRIPTS
MI# 761616

CASE NAME
THOMAS JANUSZ
VS.
CITY OF CHICAGO, ETAL.

ADDITIONAL INFORMATION
NO RECORD STATEMENT
SUBPOENA FEE RETURNED

**RECEIVED**

DEC 07 2004

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

| | |
|---|---|
| SUBPOENA FEE | |
| SERV. OF SUB | $14.00 |
| AUTH. FEE | |
| REPORT | |
| SERV. REPORT | $15.00 |
| MICRO-FILM | |

TOTAL $29.00

BLUE PRINTS
MICRO-FILM SERVICE
X-RAY REPRODUCTION

COLOR LASER COPIES
OFFSET PRINTING
VOLUME XEROX

VHS REPRODUCTION
PHOTOGRAPHS
ON-LOCATION COPYING

**IMPORTANT!**

YOU MUST INCLUDE ONE COPY OF INVOICE WITH PAYMENT
TERMS ARE NET 30 DAYS
PAST DUE INVOICES ARE SUBJECT TO 1.5% PER MONTH SERVICE CHARGE

CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO ILL 60602
ATTN: SHAUNTELLE REYNOLDS



# MI·TE RECORD SERVICE®

180 W. WASHINGTON • CHICAGO, IL 60602
1-(312)-236-8352
FAX NO. 1-312-236-0809
IRS NO. 36-2639296



**MI·TE RECORD SERVICE®**
180 W. WASHINGTON • CHICAGO, IL 60602

**SOLD TO**
CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO ILLINOIS 60602
ATTN: SHAUNTELLE REYNOLDS

**SHIP TO**
CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO ILL 60602
ATTN: SHAUNTELLE REYNOLDS

| DATE | COURT NO. | FILE NO. | CLAIM NO. | INVOICE NO. |
|------|-----------|----------|-----------|-------------|
| 10/18/04 | 03 C 4402 | | | INV277969 |

RECORDS OF:
  CITY COLLEGES/NO RECORD
  STATEMENT/SUBPOENA FEE
  RETURNED/MI# 760007

CASE NAME
  THOMAS JANUSZ
  VS.
  CITY OF CHICAGO, ETAL.

ADDITIONAL INFORMATION

| | |
|---|---|
| SUBPOENA FEE | |
| SERV. OF SUB | $14.00 |
| AUTH. FEE | |
| REPORT | $15.00 |
| SERV. REPORT | |
| MICRO-FILM | |
| **TOTAL** | **$29.00** |

| | | |
|---|---|---|
| BLUE PRINTS | COLOR LASER COPIES | VHS REPRODUCTION |
| MICRO-FILM SERVICE | OFFSET PRINTING | PHOTOGRAPHS |
| X-RAY REPRODUCTION | VOLUME XEROX | ON-LOCATION COPYING |



**MI·TE** RECORD SERVICE ®

180 W. WASHINGTON • CHICAGO, IL 60602
**1-(312)-236-8352**
FAX NO. 1-312-236-0809
**IRS NO. 36-2639296**

IMPORTANT!

TERMS ARE NET 30 DAYS
PAST DUE INVOICES ARE SUBJECT TO 1.5% PER MONTH SERVICE CHAR



**MI·TE** RECORD SERVICE ®

180 W. WASHINGTON • CHICAGO, IL 60602

| SOLD TO | |
|---|---|
| CORPORATION COUNSEL | |
| 30 NORTH LASALLE | |
| SUITE 1400 | |
| CHICAGO ILLINOIS 60602 | |
| ATTN: SHAUNTELKLE REYNOLD | |

SHIP TO
CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO ILL 60602
ATTN: SHAUNTELLE REYNOLDS

| DATE | COURT NO. | FILE NO. | CLAIM NO. | INVOICE NO. |
|---|---|---|---|---|
| 10/26/2004 | 03 C 4402/FEDER | | | INV278881 |

RECORDS OF:
  MI# 760010
  COOK COUNTY DEPT.
  OF CORRECTIONS

CASE NAME

  THOMAS JANUSZ VS.
  CITY OF CHICAGO, ET AL.

ADDITIONAL INFORMATION
  ADDITIONAL 10.00 SUBP. FEE

| | |
|---|---|
| SUBPOENA FEE | $20.00 |
| SERV. OF SUB | $18.00 |
| AUTH. FEE | |
| REPORT | $25.00 |
| SERV. REPORT | |
| MICRO-FILM | |

| BLUE PRINTS | COLOR LASER COPIES | VHS REPRODUCTION | TOTAL | $63.00 |
|---|---|---|---|---|
| MICRO-FILM SERVICE | OFFSET PRINTING | PHOTOGRAPHS | | |
| X-RAY REPRODUCTION | VOLUME XEROX | ON-LOCATION COPYING | | |



# MI·TE RECORD SERVICE®

180 W. WASHINGTON • CHICAGO, IL 60602

## 1-(312)-236-8352
FAX NO. 1-312-236-0809

**IRS NO. 36-2639296**

IMPORTANT!

YOU MUST INCLUDE ONE COPY OF INVOICE WITH PAYMENT
**TERMS ARE NET 30 DAYS**
PAST DUE INVOICES ARE SUBJECT TO 1.5% PER MONTH SERVICE CHARGE



180 W. WASHINGTON • CHICAGO, IL 60602

**SOLD TO**
CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO ILLINOIS 60602
ATTN: SHAUNTELLE REYNOLDS

**SHIP TO**
CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO ILL 60602
ATTN: SHAUNTELLE REYNOLDS

| DATE | COURT NO. | FILE NO. | CLAIM NO. | INVOICE NO. |
|---|---|---|---|---|
| 10/22/04 | 03 C 4402 | | | INV278640 |

RECORDS OF:
  THORNRIDGE FUNERAL HOME
  MI# 760008

CASE NAME
  THOMAS JANUSZ
  VS.
  CITY OF CHICAGO, ETAL.

ADDITIONAL INFORMATION

| | | |
|---|---|---|
| SUBPOENA FEE | | $20.00 |
| SERV. OF SUB | | $18.00 |
| AUTH. FEE | | |
| REPORT | | $20.00 |
| SERV. REPORT | | |
| MICRO-FILM | | |

| | TOTAL | $58.00 |
|---|---|---|

**BLUE PRINTS**          *COLOR LASER COPIES*          **VHS REPRODUCTION**
**MICRO-FILM SERVICE**          **OFFSET PRINTING**          **PHOTOGRAPHS**
**X-RAY REPRODUCTION**          **VOLUME XEROX**          **ON-LOCATION COPYING**

 **MI·TE** RECORD SERVICE®

180 W. WASHINGTON • CHICAGO, IL 60602

## 1-(312)-236-8352
FAX NO. 1-312-236-0809

IRS NO. 36-2639296

 **MI·TE** RECORD SERVICE®

180 W. WASHINGTON • CHICAGO, IL 60602

 IMPORTANT!  YOU MUST INCLUDE ONE COPY OF INVOICE WITH PAYMENT
**TERMS ARE NET 30 DAYS**
PAST DUE INVOICES ARE SUBJECT TO 1.5% PER MONTH SERVICE CHAR...

| SOLD TO | SHIP TO |
|---|---|
| CORPORATION COUNSEL<br>30 NORTH LASALLE<br>SUITE 1400<br>CHICAGO ILLINOIS 60602<br>ATTN: SHAUNTELKLE REYNOLD | CORPORATION COUNSEL<br>30 NORTH LASALLE<br>SUITE 1400<br>CHICAGO ILL 60602<br>ATTN: SHAUNTELLE REYNOLDS |

| DATE | COURT NO. | FILE NO. | CLAIM NO. | INVOICE NO. |
|---|---|---|---|---|
| 10/26/2004 | 03 C 4402/FEDER | | | INV278882 |

| RECORDS OF: | |
|---|---|
| MI# 760009 | SUBPOENA FEE $20.00 |
| BRUST FUNERAL HOME | SERV. OF SUB $18.00 |
| EMPLOYMENT | AUTH. FEE |
| | REPORT $30.00 |
| CASE NAME | SERV. REPORT |
| | MICRO-FILM |
| THOMAS JANUSZ VS. | |
| CITY OF CHICAGO, ET AL. | |

ADDITIONAL INFORMATION
    ADDITIONAL 15.00 SUBP. FEE

| BLUE PRINTS | COLOR LASER COPIES | VHS REPRODUCTION | TOTAL | $68.00 |
|---|---|---|---|---|
| MICRO-FILM SERVICE | OFFSET PRINTING | PHOTOGRAPHS | | |
| X-RAY REPRODUCTION | VOLUME XEROX | ON-LOCATION COPYING | | |



**MI·TE** RECORD SERVICE ®

180 W. WASHINGTON • CHICAGO, IL 60602
**1-(312)-236-8352**
FAX NO. 1-312-236-0809
**IRS NO. 36-2639296**



**MI·TE** RECORD SERVICE ®

180 W. WASHINGTON • CHICAGO, IL 60602

SOLD TO:
CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO ILLINOIS  60602
ATTN:  SHAUNTELLE REYNOLDS

SHIP TO:
CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO IL  60602
ATTN:  SHAUNTELLE REYNOLDS

| DATE | COURT NO. | FILE NO. | CLAIM NO. | INVOICE NO. |
|------|-----------|----------|-----------|-------------|
| 10/15/04 | 03 C 4402 | | | INV277797 |

RECORDS OF:
    LAWRENCE/BOWMAN FUNERAL HOMES
    C/O KEYSTONE IL./SPECIAL MEMO
    SUBPOENA FEE RETURNED

CASE NAME
    THOMAS JANUSZ
    VS.
    CITY OF CHICAGO, ETAL.

ADDITIONAL INFORMATION
    MI# 760006

| | |
|---|---|
| SUBPOENA FEE | |
| SERV. OF SUB | $14.00 |
| AUTH. FEE | |
| REPORT | $15.00 |
| SERV. REPORT | |
| MICRO-FILM | |

| | | | |
|---|---|---|---|
| BLUE PRINTS | *COLOR LASER COPIES* | VHS REPRODUCTION | TOTAL |
| MICRO-FILM SERVICE | OFFSET PRINTING | PHOTOGRAPHS | $29.00 |
| X-RAY REPRODUCTION | VOLUME XEROX | ON-LOCATION COPYING | |

# MI•TE RECORD SERVICE®

180 W. WASHINGTON • CHICAGO, IL 60602

1-(312)-236-8352

FAX NO. 1-312-236-0809

IRS NO. 36-2639296

| | | | | |
|---|---|---|---|---|
| SOLD TO | CORPORATION COUNSEL 30 NORTH LASALLE SUITE 1400 CHICAGO ILLINOIS 60602 ATTN: MEGAN CAREY | | | |

| DATE | COURT NO. | FILE NO. | CLAIM NO. | INVOICE NO. |
|---|---|---|---|---|
| 5/2/2005 | JANUSZ CASE | | | INV301187 |

**RECORDS OF:**

COPYING/BANDING 2 BOXES
ORIGINAL DOCUMENTS

RECEIVED

**CASE NAME**

MAY 1 3 2005

TOM JANUSZ VS.
CITY OF CHICAGO, ET AL., CORPORATION COUNSEL
PER THE OFFICE OF ADMINISTRATIVE SERVICES
PRICE/KEN SPARKS VEDDER,

**ADDITIONAL INFORMATION**
3,871 PAGES 1 COPY EACH

# MI•TE RECORD SERVICE®

180 W. WASHINGTON • CHICAGO, IL 60602

SHIP TO • 30 NORTH LASALLE
SUITE 1400
CHICAGO ILL 60602
ATTN: MEGAN CAREY

SUBPOENA FEE
SERV. OF SUB
AUTH. FEE
REPORT
SERV. REPORT
MICRO-FILM

PAST DUE INVOICES ARE SUBJECT TO 1½% PER MONTH SERVICE CHARGE

| | TOTAL | $387.10 |
|---|---|---|
| | | $387.10 |

BLUE PRINTS
MICRO-FILM SERVICE
X-RAY REPRODUCTION

COLOR LASER COPIES
OFFSET PRINTING
VOLUME XEROX

VHS REPRODUCTION
PHOTOGRAPHS
ON-LOCATION COPYING

# I N V O I C E

Mi-Te Record Service
180 West Washington Street
Suite 300
Chicago, IL 60602
(312) 236-8352   Fax  (312) 236-3344

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 400225 | 04/13/2006 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-335255-002 | 04/13/2006 | 03 C 4402 |

| CASE CAPTION | | |
|---|---|---|
| THOMAS JANUSZ VS. CITY OF CHICAGO, ET AL. | | |

| RECORDS PERTAINING TO | | |
|---|---|---|
| THOMAS M. JANUSZ | | |

SSN : ***-**-****          DOB :

SHAUNTELLE REYNOLDS
CORPORATION COUNSEL
30 N. LA SALLE ST.
SUITE: 14TH FLOOR
CHICAGO, IL 60602

---

**RECORDS FROM**

CERMAK HEALTH SERVICES
2800 S. CALIFORNIA   CHICAGO, IL  60608

1 SET OF  RECORDS OF :
   THOMAS M. JANUSZ

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 25.00 |

1. Case Name: Janus v. City
2. Case Number: 03 C 4402
3. Client Dept: Police
4. Atty Signature:
5. Date Approved: 4/17/06
6. Law Dept. Division: IDL

TOTAL  DUE  >>>>        63.00

MI  798824

TAX ID NO. : 36-2639296

(312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

SHAUNTELLE REYNOLDS
CORPORATION COUNSEL
30 N. LA SALLE ST.
SUITE: 14TH FLOOR
CHICAGO, IL 60602

Invoice No.:  400225
Date      :  04/13/2006
**TOTAL DUE** :  $      63.00

Order No.  :  01-335255-002
Cause No.  :  03 C 4402
THOMAS JANUSZ VS. CITY OF CHICAGO, ET

Remit To:    **U.S. Legal Support Inc.**
             **IL Records**
             **PO Box 671083**
             **Dallas, TX 75267-1083**



# I N V O I C E

180 West Washington Street
Chicago, IL FL 60602
312-236-8352

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 335256 | 04/07/2006 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-335255-001 | 04/07/2006 | 03 C 4402 |

| CASE CAPTION | | |
|---|---|---|
| THOMAS JANUSZ VS. CITY OF CHICAGO, ET AL. | | |

| RECORDS PERTAINING TO | | |
|---|---|---|
| THOMAS M. JANUSZ | | |
| SSN : ***-**-**** | | DOB : |

SHAUNTELLE REYNOLDS
CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO, IL 60602

| RECORDS FROM |
|---|
| COOK COUNTY DEPARTMENT OF CORRECTIONS |
| 50 WEST WASHINGTON ST./DALEY CENTER ROOM: 704 CHICAGO, IL 60602 |

```
1 SET OF  RECORDS OF :
    THOMAS M. JANUSZ
                              Service                              14.00
                              Report                              15.00
                                                                 _____
                                       TOTAL DUE >>>>             29.00

MI# 798825                  1. Case Name: Janusz v. City et al.
SUBPOENA FEE RETURNED       2. Case Number: 03 C 4402
                            3. Client Dept: Police
                            4. Atty Signature: [signature]
                            5. Date Approved: 4/17/06
                            6. Law Dept. Division: IDC
```

TAX ID NO. :                          (000) 0000000   Fax (000) 0000000

*Please detach and return this portion with your payment*

SHAUNTELLE REYNOLDS
CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO, IL 60602

```
Invoice No.:  335256
Date       :  04/07/2006
TOTAL DUE  :  $     29.00


Order No.  :  01-335255-001
Cause No.  :  03 C 4402
THOMAS JANUSZ VS. CITY OF CHICAGO, ET
```

Remit To:    **U.S. Legal Support Inc.**
              **519 N. Sam Houston Pkwy E.**
              **Suite 200**
              **Houston, TX 77060**

**IMPORTANT!** YOU MUST INCLUDE ONE COPY OF INVOICE WITH PAYMENT. **TERMS ARE NET 30 DAYS.** PAST DUE INVOICES ARE SUBJECT TO 1½% PER MONTH SERVICE CHARGE.

# MI•TE RECORD SERVICE ®
## 180 W. WASHINGTON • CHICAGO, IL 60602
### 1-(312)-236-8352
FAX NO. 1-312-236-0809
IRS NO. 36-2639296

# MI•TE RECORD SERVICE ®
180 W. WASHINGTON • CHICAGO, IL 60602

**SOLD TO**
CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO ILLINOIS 60602
ATTN: SHAUNTELLE REYNOLDS

**SHIP TO**

| DATE | COURT NO. | FILE NO. | CLAIM NO. | INVOICE NO. |
|------|-----------|----------|-----------|-------------|
| 10/15/04 | 03 C 4402 | | | INV277797 |

RECORDS OF:
LAWRENCE/BOWMAN FUNERAL HOMES
C/O KEYSTONE IL./SPECIAL MEMO
SUBPOENA FEE RETURNED

CASE NAME
THOMAS JANUSZ
VS.
CITY OF CHICAGO, ETAL.

ADDITIONAL INFORMATION
MI# 760006

|  |  |
|--|--|
| SUBPOENA FEE | |
| SERV. OF SUB | $14.00 |
| AUTH. FEE | |
| REPORT | $15.00 |
| SERV. REPORT | |
| MICRO-FILM | |



| | TOTAL | $29.00 |

BLUE PRINTS
MICRO-FILM SERVICE
X-RAY REPRODUCTION

COLOR LASER COPIES
OFFSET PRINTING
VOLUME XEROX

VHS REPRODUCTION
PHOTOGRAPHS
ON-LOCATION COPYING

**IMPORTANT!** YOU MUST INCLUDE ONE COPY OF INVOICE WITH PAYMENT
**TERMS ARE NET 30 DAYS**
PAST DUE INVOICES ARE SUBJECT TO 1½% PER MONTH SERVICE CHARGE

# MI•TE RECORD SERVICE ®

180 W. WASHINGTON • CHICAGO, IL 60602
**1-(312)-236-8352**
FAX NO. 1-312-236-0809
**IRS NO. 36-2639296**



MI•TE RECORD SERVICE ®
180 W. WASHINGTON • CHICAGO, IL 60602

**SOLD TO**
CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO ILLINOIS 60602
ATTN: SHAUNTELLE REYNOLDS

**SHIP TO**
CORPORATION COUNSEL
30 NORTH LASALLE
SUITE 1400
CHICAGO ILLINOIS 60602
ATTN: SHAUNTELLE REYNOLDS

| DATE | COURT NO. | FILE NO. | CLAIM NO. | INVOICE NO. |
|---|---|---|---|---|
| 10/18/04 | 03 C 4402 | | | INV277969 |

RECORDS OF:
CITY COLLEGES/NO RECORD
STATEMENT/SUBPOENA FEE
RETURNED/MI# 760007

CASE NAME
THOMAS JANUSZ
VS.
CITY OF CHICAGO, ETAL.

ADDITIONAL INFORMATION

| | |
|---|---|
| SUBPOENA FEE | |
| SERV. OF SUB | $14.00 |
| AUTH. FEE | |
| REPORT | |
| SERV. REPORT | $15.00 |
| MICRO-FILM | |



$29.00

National Archives Trust Fund

7358 South Pulaski Road

Chicago, IL 60629-5898

(773) 948-9000

Paper to Paper or CD/DVD - NARA

| REP0002 | 84@ | 0.80 | $67.20 |
|---|---|---|---|
| | 84.00 ITEMS SUBTOTAL | | $67.20 |
| | TOTAL | | $67.20 |
| | Check | | $67.20 |
| | 108778 | | |
| | Change Due | | $0.00 |

RM-CH-INV003046

LOC:     RM-CH          WKS:   RM-CH_01
OPER:  lbates            SLS:    LBATES
DATE:   1/16/2015       TIME:   2:11:55 PM
CUSTOMER ACCOUNT:     RM-CH

*Ready Access to*
*Essential Evidence*

| JANUSZ 03 C 4402 | | |
|---|---|---|
| BATES | DOCUMENT | Protective Order |
| 1-6 | Awards and commendations, Liberti, Alan Lucas, Parris George | |
| 7-13 | Employment Complaint History for individual defendants | |
| 14-16 | D.N. 93-28 Department Examinations | |
| 17-36 | Awards and commendations, Mugavero, Bux, Sneed, Riley, Roundtree | |
| 37-812 | Complaint Registers for Lucas, Liberti, George | |
| 813-945 | CR 275471 - (strip search excessive force) | |
| 946-952 | Employee Complaint Histories Lucas, Liberti, George | |
| **953A-57A** | **P.D.S.O. 94-4 Enhanced Drug and Gang Enforcement Program ("EDGE")** | |
| 953-1551 | Complaint registers | |
| GO 1-29 | Police Board Rules and Regs | |
| GO 30-103 | GO 93-03 Complaint and Disciplinary Procedures | |
| GO 104-113 | D.S.O. 89-26 Performance Ratings Sworn Members | |
| GO 114-126 | GO 02-05 Crime Scene Protection and Processing | |
| GO 127-136 | GO 02-03-01 Field Arrest Procedures | |
| GO 137-140 | D.S.O. 01-07A Search Warrants | |
| | | |

Revised May 5, 2006

| JANUSZ 03 C 4402 | | |
|---|---|---|
| **BATES** | **DOCUMENT** | **Protective Order** |
| GO 178-187 | GO 87-07 Interrogations: Field and Custodial | |
| GO 188-193 | GO 02-03-10 Arrest Report and Related Documents | |
| GO 194-199 | DSO 91-16-01 FOIA | |
| GO 200-208 | GO 97-2-1 Vehicle Assignment, Allocations and Operation | |
| GO 209-212 | GO 02-03-06 Arrestees' Property Inventory Procedures | |
| GO 213-216 | GO 979-4 Crime Scene Protection/Processing | |
| CBA 1-141 | CBA through June 2003 | |
| AR0001-00051 | CPD Biennial Report 1999/2000 | |
| AR00052-00065 | Chicago Police Board 2000-2001 | |
| AR00066-00117 | CPD 2001 Annual Report | |
| AR00118-00140 | Chicago Police Board 1998-1999 | |
| AR00141-00188 | Police Board January 21, 1999 | |
| AR00189-00210 | Police Board February 11, 1999 | |
| AR00211-00239 | Police Board March 11, 1999 | |
| AR00240-00274 | Police Board April 22, 1999 | |
| AR00275-00326 | Police Board May 13, 1999 | |
| AR00327-00403 | Police Board June 17, 1999 | |
| AR00404-00446 | Police Board July 15, 1999 | |
| AR00447-00504 | Police Board August 19, 1999 | |
| AR00505-00542 | Police Board September 16, 1999 | |
| AR00543-00588 | Police Board October 21, 1999 | |

Revised May 5, 2006

| | | |
|---|---|---|
| AR00589-00617 | Police Board November 18, 1999 | |
| AR00618-00676 | Police Board December 16, 1999 | |
| AR00677-00713 | Police Board January 20, 2000 | |
| AR00714-00733 | Police Board February 17, 2000 | |
| AR00734-00799 | Police Board March 16, 2000 | |
| AR00800-00847 | Police Board April 18, 2000 | |
| AR00848-00890 | Police Board May 18, 2000 | |
| AR00891-00955 | Police Board June 15, 2000 | |
| AR00956-01003 | Police Board July 20, 2000 | |
| AR01004-01040 | Police Board August 17, 2000 | |
| AR01041-01072 | Police Board September 21, 2000 | |
| AR01073-01093 | Police Board October 19, 2000 | |
| AR01094-01127 | Police Board November 16, 2000 | |
| AR01128-01158 | Police Board December 14, 2000 | |
| AR01159-01180 | Police Board January 11, 2001 | |
| AR01181-01211 | Police Board February 15, 2001 | |
| AR01212-01230 | Police Board March 15, 2001 | |
| AR01231-01271 | Police Board April 19, 2001 | |
| AR01272-01339 | Police Board May 10, 2001 | |
| AR01340-01387 | Police Board June 21, 2001 | |
| AR01388-01410 | Police Board July 19, 2001 | |
| AR01411-01435 | Police Board August 16, 2001 | |
| AR01436-01458 | Police Board September 20, 2001 | |
| AR01459-01481 | Police Board October 18, 2001 | |
| AR01482-01507 | Police Board November 15, 2001 | |
| AR01508-01550 | Police Board December 13, 2001 | |

Revised May 5, 2006

| JANUSZ v. CITY et. al., 03 C 4402 | Plaintiff's Production Log | |
|---|---|---|
| PLAINTIFF'S PRODUCTION BATES NOS. | DOCUMENT DESCRIPTTION | |
| 8/10/04 P's Response to D George's Request to Produce | P's tax returns, 1998-2002 Plus Exs. A and B, calculations of losses | |
| TJCHI 1-2 | Authorization for Health Info. Sheldon Greenberg | *per P's 7/25/05 CO: 1-43 = Dr. Greenberg's docs; Wahlstrom reviewed |
| 03-4 | work product returned to plaintiff | |
| TJCHI 5-15 | Greenberg Medical Records Psychiatrist | Wahlstrom reviewed 5-24 |
| TJ17-20 | Kenneth Holmes MD neurological consultant report 12/23/94 | see letter for what P reported to Dr. re: past drug/alcohol use |
| 21-29 | Lab Reports | |
| 30 | letter to Doug Loftis from Tom Kotrba re: P's behavior on the job (Lawrence Funeral Home) | Wahlstrom reviewed 30-241 |
| 31 | Dr. Holmes letter to Dr. Nicholas re: EEG | |
| 32 | release for Greenberg records for Lipkin | |
| 33-38 | SSA authorization & misc. forms | |
| 39-43 | typed notes by P's Sister Re: P's childhood, history of problems | |
| 44-52 | Dr's notes (Lempke); sister's notes 2003 | *Per P's 7/25/05 CO: 44-52 = Dr. Lempke docs |

| | | |
|---|---|---|
| 53-68 | initial diagnostic interview 10/21/04; notes all handwritten Dr. CECE | *Per P's 7/25/05 CO: 53-72 = Dr. Cece Docs |
| 69-70 | John Cece, Counselor/SW dated 02/9/05 treated P since 10/21/04 | |
| 71 | Sun Times Article Dr. CECE | |
| 72 | authorization CECE | |
| 73-76 | Disability Determination Services 9-25-04 | *per P's 7/25/05 Co: 73-241= Dr. Lipkin's documents |
| 77-87 | Dr's notes describes Dr. Lipkin medications and problems | |
| 88-110 | Dr. Lipkin Notes 10-12/04 | |
| 111-137 | 2nd Amended Complaint w/exs | Q. was this part of Lipkin's notes? |
| 138-189 | Lipkin notes 2005 | |
| 190-96 | "Libel/Slander/Defamation Torts" lists accuseds | |
| 197-214 | Keystone records | |
| 215-232 | HW progress notes; lab reports/Dr. Lipkin | |
| 233-41 | Newspaper articles re: CPD/planting drugs/ADD | |
| 242-55 | Dr. Holmes 1994-95 records 12/23/94 evaluation letter | 8 |
| 256-58 | misc. auths. | |
| 259- | | |
| 273-77 | Dr. Nicholas' HW notes 1994 1997, 1998 | |
| TJSG 1-81 | criminal court file and transcripts | |

| | | |
|---|---|---|
| TJSG 82-223 | A&A sheets 15th dist. Dec. 2-9, 2001 | |
| TJKS 1-68 | dep. transcript John Grizzoffi | |
| TJTL 1-2 | Thomas Luther Affidavit | |
| **TJ BATES NUMBERING** | | |
| TJ 1-27 | Keystone Personnel file? | |
| TJ 28-44 | CBA 7/97-6/02 | |
| TJ 45-162 | Personnel file includes Lawrence Funeral Home documents | |
| TJ 163-79 | Keystone Employee Handbook | |
| TJ 180- | various Keystone documents | |
| | | |
| TJ 438-505 | IDES transcript | |
| TJ 506-08 | misc. docs | |
| TJ 509 | Janusz affidavit to IDOL re: unemployment | |
| TJ 510-512 | misc. docs | |
| TJ 513-28 | sworn statement of Paula Siragusa, by Paul Ciolino | |
| TJ 529-546 | misc. docs | |
| TJ 547-48 | affidavit of John Keefe for Janusz | |
| TJ 549-563 | misc. docs | |
| TJ 564 | statement of Stanley Sokol for Janusz | |
| TJ 255- 64 | Bulk Currency Inventory DSO 04-01; | |

| | | |
|---|---|---|
| TJ 265-300 | DSO 03-17 Seizure/Forfeiture of Vehicles | |
| TJ301-22 | DSO 02-10 IRS Notification Procedures | |
| TJ 323-336 | Criminal Organizations | |
| TJ 337-242 | Table of Notifications - Prelim Investigations | |
| TJ 343-411 | Cook County Court records | |
| TJ 412-23 | CR 266015 by P re: telephone threats | |
| | | |
| | | |
| | | |
| | | |

# KEYSTONE PERSONNEL FILE

## KEY-JAN

| | | |
|---|---|---|
| 1-6 | Termination of Employment Form | |
| 7-19 | Employee Change Form - info sheet, W4, EE new hire packet | |
| 20-29 | Employment agreement | |
| 30 (not bates stamped) | HW notes' VM messages Loftis | |
| 31 | 10/12/00 CO from Richard Haight, re: P; harassing phone calls To? (Fired by P) | |
| 32 | Haight CO to P | |
| 33-34 | CO from Grizzofi, to Bob Horn; cc. James Price, Doug Loftis | |
| 35-38 | TO Loftis from Helfrich re: sales tax issues, w/contract attached | |
| 39-41 | Memo re: accounting procedures | |
| 42-47 | | |
| 48-66 | Janusz Cover letter/resume letters of Rec  Aug 1998 | |
| 67-93 | Co and other misc. docs post-termination; including $100 family check; Notice to Quit Apartment (86); notes from employees re: lack of training OSHA | |
| 94-123 | Pre-Disc docs (1/02) | |
| 124-152 | misc. docs/corresp. | |

| | | |
|---|---|---|
| 153 | Memo from Loftis to Jim Price 12/9/01; re: search of P's apartment and condition thereof. Bongs, pipes | |
| 154-55 | Q's from Keystone to P pending admin. leave | |
| 156-58 | misc. Co | |
| 159-61 | 2/8/02 Loftis Co to Patricia Albrecht | |
| 162 | OSHA Training | |
| 163-66 | grievance docs 2/1/02 | |
| | | |



**City of Chicago, Department of Law – 90909**
**Receipt for Circuit Court of Cook County, Illinois**
**(Please Note: Filings will not be accepted unless Sections "A" and "B" are completed)**

**SECTION A:**

**PLEASE PRINT – THIS SECTION IS MANDATORY**

Date: 1-20-15

Case Name: Janusz v. Hutchinson

Case Number: 05 MI 188974

Client Dept: County

Circuit Court of Cook County Division: ☐ Chancery ☒ Civil ☐ County ☐ Domestic Relation
☐ Law ☐ Municipal

Entered:
☐ Appearance
☐ Complaint
☐ Foreclosure
☐ Admin Review
☐

Document:
☐ Certified Copy
☐ Transcript
☐ Order
☒ Case file (71 pgs)

**SECTION B:**

**PLEASE PRINT – THIS SECTION IS MANDATORY**

Submitted By: Adrian Martin Phone: 312-744-2831
**Law Department Attorney Name/Outside Law Firm Name – if applicable**
*(Outside Law Firms must identify both the Law Department attorney and Law Firm)*

Law Department Division/Section (must check one):

☐ 4014 – Special Litigation
☐ 3007 – Appeals
☐ 4070 – Aviation
☐ 4062 – Bankruptcy
☐ 4065 – Environment
☐ 4074 – General
☐ 4076 – Telecom/Utilities
☐ 4091 – Conservation
☐ 4093 – Demolition
☐ 4097 – DGHES
☐ 4098 – License Enforcement

☐ 4099 – Zoning
☐ 4156 – Admin Ownership
☐ 4160 – Collections
☐ 4158 – Liens & Acquisitions
☐ 4025 – Const Commercial
☐ 4030 – Policy
☐ 4032 – Employment
☐ 4081 – Finance
☒ 3024 – Federal Civil Rights
☐ 3027 – Labor
☐ 3031 – Legal Counsel

☐ 4042 – Admin Hearings
☐ 4044 – Admin Review
☐ 4046 – Branch Courts
☐ 4043 – Traffic Court
☐ 4083 – Real Estate
☐ 4150 – Tax
☐ 4152 – General Tax
☐ 4155 – Property Tax
☐ 4100 – Torts
☐ 4110 – Workmen's Comp
☐ Other _____

**SECTION C:**

**TO BE FILLED IN BY COURT CLERK:**

Amount Charged: $ 24.25 Received By: Sonal Joshi

White – Attorney Copy          Yellow – Circuit Court Invoice Copy          Pink – Circuit Court Copy